Berihu Hadera Fkadu
FULL NAME

Berhu Harada Fekadu(wrong),
COMMITTED NAME (if different)

P.O.Box 7001,unit 33,
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Atascadero,CA 93423.

ASH# 063295-0
PRISON NUMBER (if applicable)

Related DDJ

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 0 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Berihu Hadera Fkadu

PLAINTIFF,

v.

Donald J. Trump's
administrations,etc...

DEFENDANT(S).

CASE NUMBER

**CV17-09130 FMO (GJS)**
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)

☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? ___4___

   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

1/ On 5/2/2017,I sued ASH,Re Berihu H.Fkadu V.Stirling C. Price at  al, case#3:17-cv-01005-BEN-AGS.Name of judge HON.Roger T.Benitez.
2/ On 5/14/2017,I sued my former about 14 courts appointed too evil counsels: 5 San Diego courts appointed public defenders,&
6 San Diego courts appointed alternate public defenders,&
1 San Diego  courts  appointed private attorney,&
2 San Diego  appeal courts  counsels,case#3:17-cv-01184-WQH-PCL.
3/ On 6/22/2017,I sued two unknown San Diego's police(who too mindlessly ganged& falsely reported  my unusual case on  12/31/1994,& SanDiego's police chieves,&  San Diego's mayors,etc...since 1994,case# 3:17-cv-01358-WQH-BLM,judge HON.William Q.Hayes,half granted,& half dismissed too unfairly,&too unjustly.
4/ On October 1,2017,I sued Jerry Brown's administrations in this Court Case Name: Fkadu v.Brown  et  al,Case # 2:17-cv-07469-FMO-GJS

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 1 8 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

a. Parties to this previous lawsuit:

Plaintiff _____ Berihu Hadera Fkadu(BHF.or BHF.com).

Defendants _Atascadero state hospital(ASH).

b. Court _In San Diego U.S. District Court.

c. Docket or case number _3:17-cv-01005-BEN-AGS.

d. Name of judge to whom case was assigned _HON.Roger T.Benitez.

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Transferred to this Court

f. Issues raised: _To immediately get released 2/ Stop the ruinous medications_ or 100% poisons or 3/ Transfer me from the conspired killer ASH to another safer facility, or 4/Motion to appoint me a counsel.

g. Approximate date of filing lawsuit: _on 05/02/2017, order on June 20,2017.

h. Approximate date of disposition _on 05/02/2017, order on June 20,2017.

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   N/A

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☑Yes   ☐ No

   N/A

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _BERIHU HADERA FKADU

P.O.Box 7001,unit 33,Atascadero,CA 93423    (print plaintiff's name)

who presently resides at _____

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

ASH's 6 set up units,P.O.Box 7001, Atascadero,CA 93423,unit 33,the ugliest conspired polluter& killer.

(institution/city where violation occurred)

2

a. Parties to this previous lawsuit:
Plaintiff ___ Berihu Hadera Fkadu. ___

Defendants my former about 14 San Diego's Courts appointed too evils &
poisonous counsels.

b. Court ___ In San Diego,CA U.S. District Courts. ___

c. Docket or case number ___ 3:17-cv-01184-WQH-PCL. ___

d. Name of judge to whom case was assigned ___ HON. William Q.Hayes. ___

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
appealed? Is it still pending?) half granted,& half dismissed too unjustly.

f. Issues raised: 1/ To immediately get released,or 2/ Stop the force & too
harmfuls & killer medications or poisons, or 3/ Transfer me from the trasher  trash ASH to
another safer facility, or 4/ Motion to appoint me  counsel.

g. Approximate date of filing lawsuit: on 05/14/2017, ordered on August 3,2017.

h. Approximate date of disposition ___ on 05/14/2017, ordered on August 3,2017.

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
occurred? ☑Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑Yes   ☐ No
N/A
If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed? ☑Yes   ☐ No
N/A
If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

BERIHU HADERA FKADU.
This complaint alleges that the civil rights of plaintiff _____
(print plaintiff's name)
who presently resides at P.O.Box 7001,unit 33, Atascadero,CA 93423
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
San Diego,CA since 1995.
(institution/city where violation occurred)

#3

a. Parties to this previous lawsuit:

Plaintiff _Berihu Hadera Fkadu_

Defendants San Diego's 2 police(who falsely reported my case in 1994), & San Diego police chieves,& San Diego mayors,etc...since 1994.

b. Court In San Diego,CA U.S. District Court

c. Docket or case number 3:17-cv-01358-WQH-BLM

d. Name of judge to whom case was assigned HON. William Q Hayes

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) half granted,& half dismissed too unjustly.

f. Issues raised: 1/ To immediately get released,2/ Stop the dangerous killer medications or poisons,or 3/ Transfer me to another safer facility. For ASH is too dangerous place, 4/ Motion to appoint me counsel.

g. Approximate date of filing lawsuit: on 06/22/2017,& order on Auguat 3,2017.

h. Approximate date of disposition on 06/22/2017,& order on August 3,2017.

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No
   N/A
   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No
   N/A
   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff BERIHU HADERA FKADU.
(print plaintiff's name)

who presently resides at P.O.Box 7001,unit 33, Atascadero, CA 93423.
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at San Diego,CA
(institution/city where violation occurred)

a. Parties to this previous lawsuit:
   Plaintiff _Berihu Hadera Fkadu,_

   Defendants _Jerry Brown's administrations._

b. Court _here,in Los Angeles,U.S. District Court,_

c. Docket or case number _2:17-cv-07469-FMO-GJS,_

d. Name of judge to whom case was assigned _HON./S/Fernando M.Olguin,_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _dismissed for mixing a writ & civil right,_

f. Issues raised: _1/ to get released,or 2/ transfer to another safer facility,or to Metro,or3/stop the too torturous medications,or 4/ deport me back to my lovely Africa immediately._

g. Approximate date of filing lawsuit: _on October 1,2017,& ordered on October 17,2017._

h. Approximate date of disposition _on October 1,2017,& ordered on October 17,2017._

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☐ No

   If your answer is no, explain why not _N/A_

3. Is the grievance procedure completed? ☐ Yes   ☐ No

   If your answer is no, explain why not _N/A_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Berihu Hadera Fkadu,_
(print plaintiff's name)

who presently resides at _ASH unit  33,P.O.Box 7001, Atascadero,CA 93423._
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_The defendants named below have been ganging with ASH's frauds & polluting & trying to kill me.As a result,I have various damages,etc..._
(institution/city where violation occurred)

on (date or dates) _____ . _____ . _____ .
(Claim I)                (Claim II)               (Claim III)

NOTE:     You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  **Donald J. Trump's administrations** _____ resides or works at
(full name of first defendant)

**The White House, Washington, DC 20500.**
(full address of first defendant)

**current U.S.'s corraptive president.**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law: **He is a killer & or a gang of**
**none stop persecutor,& he failed to probe & release me in fair justice.**
_____

2. Defendant  **Mike   Pence** _____ resides or works at
(full name of first defendant)

**The White House,**
(full address of first defendant)

**current   U.S.'s vice president.**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law: **He is worse prejudice.**
_____

3. Defendant  **Jeff Sessions** _____ resides or works at
(full name of first defendant)

**DOJ,950 Pennsylvania Ave.,NW,Room5137,Washington,DC20530**
(full address of first defendant)

**current U.S.'s attorney   general**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law: **He is too unfair,& unjust &**
**a killer.**
_____

4. Defendant __Jerry Brown's administrations_____ resides or works at
(full name of first defendant)

State Capital Building,_Sacramento,CA 95814._____
(full address of first defendant)

__CA's too corruptive governor._____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:  He is conspired violator,& or
none stop persecutor,& mass polluter,& mass killer.

5. Defendant __Stirling C. Price_____ resides or works at
(full name of first defendant)

__ASH P.O.Box 7001,Atascadero,CA93423._____
(full address of first defendant)

__too unfair & unjust executive director.___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:He is a gang of conspired violator
& mass poisonous & too prejudice & provoker & or too evil & 100 % liar & too mindless
faker & too threatful killer. He repeatedly failed to response to my petitions nor
relief me from the too torturous medications nor release me in fair justice nor
transfer me to another safer facility nor to another better single room unit. And he
exchanges my roommates,& unit mates to destroy me.

-NOTICE:he is too bizarrely unheard & unseen & untold islator in order to kill me by
starving & poisoning me first.

-NOTICE:Price has been releasing too unstables,& male prostitutes,& boxers
patients. However,he repeatedly failed to release legitimates,&
conservative hetrosexuals like me. No law nor rule at ASH for Brown Blacks,
& for accents,& for righteous patients,& employees. And he has been
ganging,& threatening me  to make me a handicap  by secret electronics,&
by boxers(by too blindly following,& leading isolators,& stigmatics,& lousy
people. I suffer at ASH since January  2013(mainly by too stigmatics,&
by 100% liars,& by lousies,& by loathsomes people).

on (date or dates) _____ , _____ , _____
                          (Claim I)              (Claim II)             (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

6/    1.  Defendant   Barack Obama _____ resides or works at
                      (full name of first defendant)
                      The White House, Washington, DC 20500
                      (full address of first defendant)
                      former U.S. fraud, & traitor president
                      (defendant's position and title, if any)

      The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

      Explain how this defendant was acting under color of law:  He failed to probe &  get me
released in fair justice.

7/    2.  Defendant   Bill Clinton _____ resides or works at
                      (full name of first defendant)
                      The White House, Washington, DC 20500
                      (full address of first defendant)
        former U.S. molestor & defiler &  traitor & killer president.
                      (defendant's position and title, if any)

      The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

      Explain how this defendant was acting under color of law:  He is mass poisonous & biaser &
none stop harasser & or fly.

8/    3.  Defendant   George W. Bush _____ resides or works at
                      (full name of first defendant)
                      The White House, Washington, DC 20500
                      (full address of first defendant)
        U.S. too entcer & poisonous by HIV+ & or defiler former fake president.
                      (defendant's position and title, if any)

      The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

      Explain how this defendant was acting under color of law:  He is too prejudice & impostor &
mass molestor & mass raper & too blind robbery & all in all too short & none stop
harasser & or fly, etc... And he is mass cager &  too foolish sorcerer & or too
insane world ender by being unheard & unseen & untold liar & pank & trash can).

9/   4.  Defendant   Mike _____ resides or works at

(full name of first defendant)

ASH unit 33 _____

(full address of first defendant)

conspired violator Italian P.T. _____

(defendant's position and title, if any)

The defendant is sued in (his)/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too evil & prejudice Italian P.T.,he is all in all too short & poisonous & reproacher & ~~tempter~~,etc... There fore, he is cursed down & fenced down for ever,etc...

10/  5.  Defendant   Kevin _____ resides or works at

(full name of first defendant)

ASH unit 33 _____

(full address of first defendant)

too-corruptive P.T. _____

(defendant's position and title, if any)

The defendant is sued in (his)/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too mindlessly mass biaser & or  persecuter,etc... For he is too stubborn & too slow to learn. Because of him I can not  work like others do,etc...  And he too bizarrely persecutes the whole unit 33's patients by too  uglies movies,etc... There fore, he is cursed down & fenced down for ever with his evil supporters,etc...

on (date or dates) _____ , _____ , _____
                        (Claim I)           (Claim II)         (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  Staysey L. _____ resides or works at
                      (full name of first defendant)
               ASH unit 33 _____
               (full address of first defendant)
               worse too corruptive  & faker Italian gang of P.T. _____
               (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

        Explain how this defendant was acting under color of law:  so he is cursed & fenced down 4 ever,etc.
                                                                   And he is too fat & fats maker by
he is too mindless polluter or poisonous & a killer. _____
various poisons (by bad medications,& by bad & ugly food),etc... _____

2.  Defendant  John _____ resides or works at
                      (full name of first defendant)
               ASH main kitchen's employee _____
               (full address of first defendant)
                ASH main kitchen's  too corruptive employee. _____
               (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

        Explain how this defendant was acting under color of law:  so he is cursed & fenced down 4 ever,etc.
                he is a too tempter & reproacher & too foolish sorcerer & a boxer Italian,

he is too threatful & too retaliator open gay harasser & a killer,etc... _____

3.  Defendant  Tina _____ resides or works at
                      (full name of first defendant)
               ASH unit 33 too  (unit 32) & fake supervisor. _____
               (full address of first defendant)
                too corruptive & fake supervisor. _____
               (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

        Explain how this defendant was acting under color of law:
she is too mindless persecuter by being too lousy & loathsome & too foolish sorcerer &
prejudice, & she is too old fart Italian. And she is too ugly to hear & too ugly to see.
For she called me  popcorn  & tried to kill me by set up in her unit 32,etc.....

There fore, she is cursed & fenced down for ever with her supporters,etc...

_NOTICE:Briefly,she is unheard & unseen & untold violator & too evil
harasser & or fly.

4. Defendant **Mike** _____ resides or works at
(full name of first defendant)
**ASH unit 33,** _____
(full address of first defendant)
**P.T.** _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law: so he is cursed & fenced 4 ever, for he is too mindless & too traitor & defiler & or poisonous & or lousy & loathsom & or evil Philippino. And he is too ugly to hear & see & a killer, etc...

5. Defendant **Marilou Rosas** _____ resides or works at
(full name of first defendant)
**ASH unit 33,** _____
(full address of first defendant)
**psychiatrist** _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
she is too mindlessly poisonous by acid, &I revealed by soap & by ore & by crushed zyprexa, etc... she is all in all too short & fake look Philippino doctor. She is a killer. For because of her my two legs & my belly have swelled, & I fear diabetes, parkinsons' disease, cancer, etc... by the force & perilous medications that I have been taking unspeakabley since early 1995. And this unit 33 or Rosas has been the ugliest, & or the worst prejudice. She is moran & immoral & pank & panks maker by conspired poisons, & by machines, & she is gang of trash temptors & reproachers & 100 % liars & mass killers & or mass cagers by being too evil, & she has been persecuting me too mindlessly by following too retaliators open gays, etc...

More over, she is too ugly & uglies maker & or disfigurer by conspired open & secret poisons by bad medications & by bad & ugly food & by machines.

And she increases the devastating medications without reason at all & without talking to me at all by madly following too unstable boxers both career patients & too unfairs & too unjusts or savage employees, etc... I was at Patton in 20 set up units, & then at Napa in 20 set up units, & then at ASH in 6 set up units. However, due to Rosas, ASH unit 33 has been the worst of all the corruptives & polluters units. There fore, she is repeatedly cursed down & fenced down for ever, etc... For she is unseen, unheard, untold, & or too bizarrely terrorizer open criminal, etc... by too mindlessly ganging with other defilers & or filthy criminals (such as the too foolishes & ugly slaves & morans & immorals & mad boxers & panks & or trashes Latinos & Blacks & others). Except the side effects, I am very healthy & or perfect. For I am a God fearing & or a mysterious healer (like my parets, etc). For examples: I healed my diabets & allergies, & I revealed I eradicated HIV+, AIDS, deafness, etc..

-NOTICE: Rosas is unheard & unseen & untold fraud.

on (date or dates) _____, _____, _____
(Claim I)          (Claim II)         (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

16/ 1. Defendant   John Brown _____ resides or works at
(full name of first defendant)
ASH program 3 director, _____
(full address of first defendant)
ASH program 3's director. _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too foolish mocker & too mindlessly faker & harasser every day by too detestables & reproachers employees,& patients,& he has been persecuting me since 12/20/2013,etc...

17/ 2. Defendant   Britney Harris _____ resides or works at
(full name of first defendant)
ASH program 5 director _____
(full address of first defendant)
ASH program 5 director. _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is conspired polluter & or too evil & or worse harasser in various ways every day by too detestables & reproachers employees,etc...,& he is a conspired killer,etc...

18/ 3. Defendant   Smith _____ resides or works at
(full name of first defendant)
ASH program 3 _____
(full address of first defendant)
ASH program 3 mall worker. _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too corruptive & or pank & panks maker Italian. For he is too biaser & conspired faker& poisonous & or a killer,etc... There fore, he is cursed down & fenced down for ever with his supporters,etc...

19/  4.  Defendant  Joseph Rains _____ resides or works at

(full name of first defendant)
ASH unit 17

(full address of first defendant)
ASH unit 17 P.T.

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too corruptive Italian  & or he is too fat & fats maker by various poisons, & he is conspired mass killer & or mass cager. So he is cursed & fenced down for ever, etc...

20/  5.  Defendant  Brian _____ resides or works at

(full name of first defendant)
ASH unit 17

(full address of first defendant)
student

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too mindlessly defiler & tempter & too retaliator & prejudice & mad boxer, & or trasher trash Italian persecutor.  so he is cursed down & fenced down for ever with his supporters, etc...

on (date or dates) _____, _____, _____.

      (Claim I)       (Claim II)       (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

**21/**  1. Defendant   **Jayson**                            resides or works at

      (full name of first defendant)

      **ASH unit Unit 17**

      (full address of first defendant)

      **R.N.**

      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

**he is too corruptive gang & or prejudice & faker & trash Italian. For he is too retaliator & or persecutor.  So is cursed & fence down for ever,etc...**

**22/**  2. Defendant   **Negl**                              resides or works at

      (full name of first defendant)

      **ASH unit 7**

      (full address of first defendant)

      **P.T.**

      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law: **so he is cursed & fenced 4 ever for he is too ugly evil& defiler & or biaser & too retaliator open gay Italian. For he is too lousy & loathsome & too mindlessly poisonous trash,etc...**

**23/**  3. Defendant   **Jennifer**                           resides or works at

      (full name of first defendant)

      **ASH Gym**

      (full address of first defendant)

      **fake P.T.**

      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

**She is too foolish mocker & too old fart & trash persecutor & or a killer gang,etc... And she is too foolish sorcerer & sick boxer.  So she is cursed down &  fenced down for ever with her supporters,etc.... And or she is unheard & unseen & untold violator & or too evil harasser & or fly.**

24/ 4. Defendant   **Tom**  _____ resides or works at
(full name of first defendant)
**ASH unit 13**
(full address of first defendant)
**P.T.**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too mindlessly polluter & or persecutor gang & or too retaliator open gay Italian. For he is  trash prostitute & a killer in various ways. So he is cursed & fenced down 4 ever, etc..

25/ 5. Defendant   **Wesley Cook**  _____ resides or works at
(full name of first defendant)
**ASH unit !! 17**
(full address of first defendant)
**psychologist**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is a fraud & too foolish sorcerer slave & persecutor Greek, & he is fake look doctor & a killer trash gang.

on (date or dates) _____ , _____ , _____
                        (Claim I)            (Claim II)           (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

26 | X. Defendant    Mark M. Mcray                                    resides or works at
                     (full name of first defendant)
                     ASH unit 17
                     (full address of first defendant)
                     patient
                     (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law:
he is retarded &  too foolish persecutor & or threatful boxer & too ugly evil Greek.
For he is  too retaliator open gay & or trash cane,etc... So he is cursed& fenced 4 ever..

·27/ X. Defendant    William Carr                                    resides or works at
                     (full name of first defendant)
                     ASH unit 33
                     (full address of first defendant)
                     patient
                     (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law:
he is too foolish persecutor  Greek. For he is a killer gang, he was my set up

roommate in ASH unit 32,& then he followed me to this unit 33, etc...

28 X. Defendant    Ernesto Sanson                                    resides or works at
                     (full name of first defendant)
                     ASH unit 33
                     (full address of first defendant)
                     patient
                     (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law:
he is too harasser & or provoker & pank pretender & ugly evil & too foolish sorcerer &
retarded Latino,he was my set up roommate since April 5 to september 20,2017,he is
too mindlessly threatful boxer & impostor & all in all too short & career criminal  &
too retaliator open gay & trash or cheap suicidal slave to persecutors.
There fore,  he is repeatedly cursed down & fenced  down for ever with his
supporters,etc....  Or he is unheard, unseen & untold too mindlessly impostor
& tempter & pank & or dead walking open gay harasser & or fly.

on (date or dates) _____ , _____ , _____
                        (Claim I)          (Claim II)         (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than
         five (5) defendants, make a copy of this page to provide the information for additional defendants.

29/ x. Defendant   **victor(nick named play boy)** _____ resides or works at
                   (full name of first defendant)
                   ASH unit II 17
                   (full address of first defendant)
                   patient
                   (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

    Explain how this defendant was acting under color of law:

    he is tempter & too shockingly retaliator open gay none stop harasser gang & or
    provoker & retarded Latino. So he is cursed & fenced down 4 ever,etc...

30/ x. Defendant   **E lvira** _____ resides or works at
                   (full name of first defendant)
                   ASH unit # 17
                   (full address of first defendant)
                   unit fake supervisor
                   (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

    Explain how this defendant was acting under color of law:

    she is too corruptive & too fat & fats maker slave Latino,she is too ugly to see & too
    ugly to hear trash threatful,etc...

31 x. Defendant   Dawn Donovan _____ resides or works at
                   (full name of first defendant)
                   ASH unit 33
                   (full address of first defendant)
                   unit 33's fake supervisor
                   (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

    Explain how this defendant was acting under color of law:

    she is too mindlessly tempter & reproacher, & she terrorizes people by by San Diego,CA
    swedens & or by San Diego notorious  jails & prisons by being too impostor & too
    corruptive & lousy & loathsome slave Latino, she is all in all too short & poisonous &
    mad boxer & cheap suicidal trash & a killer gang,etc... So she is repeatedly cursed
    down & fenced down for ever with her supporters.

    She is none stop harasser as flies,etc...  Or she is unheard & unseen & untold
    violator & or too evil.

32
29/ 4. Defendant    Cleo M.    resides or works at
(full name of first defendant)

ASH unit 33
(full address of first defendant)

P.T.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too mindlessly ugly devil & or evil & poisonous & or persecutor & or a killer

slave Latino.

33/30 5. Defendant    James    resides or works at
(full name of first defendant)

ASH unit 7
(full address of first defendant)

R.N.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:  he is

too threatful & too corruptive & lousy & loathome poisonous & or too retaliator & pank &

panks maker & or holocauster & or trasher trash nazi Germany. And he is cursed down &

fenced down for ever,etc... For he is world ender,etc...

34/   A.  Defendant      S. Yakuh                                    resides or works at
                    (full name of first defendant)
                    ASH wide forensic
                    (full address of first defendant)
                    ASH forensic doctor
                    (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

        Explain how this defendant was acting under color of law:
he is too retaliator & too threatful & corruptive & too polluter & or holocauster nazi.


35/   5.  Defendant      Bill Watson                                resides or works at
                    (full name of first defendant)
                    ASH unit 33 & he transferred to another unit
                    (full address of first defendant)
                    too corruptive social worker
                    (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

        Explain how this defendant was acting under color of law:

he is too shockingly retaliator open gay & prejudice & stigmatic & 100% liar & too old
fart & all in all too short & impostor & a killer Britain slave,etc....

There fore, he is cursed down & fenced down for ever,etc...

on (date or dates) _____, _____, _____
(Claim I)               (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

36/  1. Defendant   John Mulready                                    resides or works at
(full name of first defendant)
ASH unit 33
(full address of first defendant)
P.T.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
he is too stigmatic & or 100% liar & or too corruptive & retarded look Britain,& he is
ugly poisonous & a killer slave,etc... And he is cursed &fence down for ever,etc...

37/  2. Defendant   Coleen                                          resides or works at
(full name of first defendant)
ASH unit 33
(full address of first defendant)
too corruptive & or polluter Sweden R.N.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
she is too old fart &  she poisoned me by soap & by ore & or by acid &by crushed zyprexa.
I've damages,etc... And so she is cursed down & fenced down for ever,etc....

38/  3. Defendant   Jessica                                         resides or works at
(full name of first defendant)
ASH unit 33
(full address of first defendant)
persecutor Sweden R.N.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
she is gang of too negleter & all in all too short & poisonous & hostager,etc...
As  a result, I have damages,etc... She is cursed down & fenced down for ever,etc....
down

For she is unheard & unseen & untold violator.

39/   4. Defendant   Kurt _____ resides or works at
(full name of first defendant)
ASH unit 2
(full address of first defendant)
too corruptive & or a killer Sweden R.N.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too ugly evil & isolator & twister gang & pank & panks  maker by poisons & by machines &
he is trash world ender by being cheap suicidal,etc...So he is cursed & fenced 4 ever.etc

40/   5. Defendant   Jody _____ resides or works at
(full name of first defendant)
ASH unit 33
(full address of first defendant)
too corruptive or polluter Britain P.T.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

she is too foolish sorcerer & pank & panks maker & too old fart & too stigmatic & trash

persecutor slave to the too retaliators open gays.  She too mindlessly chased me &
followed me from unit 13  to unit 32 & then to unit 33,she craves to poison by ganging
with lousy open gays,etc... she & others stink or farts to persecute. So she is
cursed down & fenced down for ever,etc...

on (date or dates) _____ , _____ , _____
                  (Claim I)           (Claim II)           (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

41/          1. Defendant  Haley Garelli                 resides or works at
                            (full name of first defendant)
                            ASH  unit 33
                            (full address of first defendant)
                            too corruptive & or poisonous Sweden diatician
                            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

she is all in all too short & too foolish sorcerer & too stigmatic & none sense & too ugly poisonous in various ways by being too jerk. So she is cursed & fenced 4 ever, etc.

42/          2. Defendant  Lee Yee                   resides or works at
                            (full name of first defendant)
                            ASH unit 13
                            (full address of first defendant)
                            100 % liar & poisonous Chines panel or fake look doctor
                            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too ~~too~~ retaliator & moran & immoral & all in all too short slave & or a killer gang.

43/          3. Defendant  James Robert              resides or works at
                            (full name of first defendant)
                            ASH unit 31
                            (full address of first defendant)
                            too unstable  career criminal or patient
                            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

he too mindlessly pretender & too foolish sorcerer & too ugly to see & ugly to hear & open gay harasser & traitor dark Bick & he is a killer for nothing , he was my set up roommate in ASH unit 32.

There fore, he is cursed down & fenced down for evee, etc...

-NOTICE: Briefly, he is unheard & unseen & untold pervert open gay.

44/   4.   Defendant   Robert James _____ resides or works at
                        (full name of first defendant)
                        ASH unit 32 _____
                        (full address of first defendant)
                        too unstable & or persecutor patient
                        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
he is too foolish sorcerer & a killer France, & he is gang of career criminals

45/   5.   Defendant   Philip  Gross _____ resides or works at
                        (full name of first defendant)
                        ASH unit 33 _____
                        (full address of first defendant)
                        a gang of too foolish persecutor patient
                        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
he is too stubborn & too slow to learn & or holocaust lover & or conspired violator Jew,
he is too retaliator open gay. For some months ago he too mindlessly ganged with two
too unstable patients & threw water on my back inside the bath room. Then him & other
Jews & Latino patients called me a rat & barbecue & mushroom & chicken, etc...

There fore, he is repeatedly cursed down & fenced down 4 ever, etc...   For he
is unheard & unseen & untold pervert & retarded & too evil harasser & or
fly. For he terrorized & or tempted to box him, or to box me again  by ganging with
another too insane & foolish boxer Jew patient(namely Christopher Burham). And for he & or
all the Jew patients do not take harmful & or abusive medication like me.

on (date or dates) _____ , _____ , _____
                        (Claim I)        (Claim II)        (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

46/   1. Defendant   **Steven   Jerald** _____ resides or works at
                     (full name of first defendant)
                     **ASH unit 7** _____
                     (full address of first defendant)
                     **too unjust social worker** _____
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law: **so he is cursed for ever for**
**he is too stigmatic & tempter & faker & too foolish sorcerer & or evil**
**& or persecutor Britain, he is defiler or poisonous & too retaliator open gay, etc...**

47/   2. Defendant   **Dean** _____ resides or works at
                     (full name of first defendant)
                     **ASH unit 7** _____
                     (full address of first defendant)
                     **too lousy & loathsome & traitor doctor** _____
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

**he is too stigmatic & faker & too mindlessly poisonous & or persecutor Philippino, & he**
**is all in all too short & too threatful & evil killer & pank & panks maker slave, etc...**

48/   3. Defendant   **Guzman** _____ resides or works at
                     (full name of first defendant)
                     **ASH unit H 17** _____
                     (full address of first defendant)
                     **fake look doctor** _____
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

**she is too ugly & uglies maker by conspired poisons, & moran & immoral slave**
**Philippino. She is too fat & fats maker by poisons, & she has been threatening to**
**kill me by gang of retarded career criminals(by boxers) & by poisons & by machines.**

**There fore, she is cursed down & fenced down for ever, etc...**

49/   A. Defendant   Christopher Burham _____ resides or works at
                     (full name of first defendant)
                     ASH unit 33
                     (full address of first defendant)
                     too unstable !Jew patient
                     (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

        Explain how this defendant was acting under color of law:

he is lousy & loathsome & too cheap suicidal slave & too foolish sorcerer & too
threatful rapist, & he called me a rat & barbecue,etc... he is cursed&fenced down 4 ever,etc...

50/   B. Defendant   Charles Osborne _____ resides or works at
                     (full name of first defendant)
                     ASH unit 33
                     (full address of first defendant)
                     too unstable Black patient
                     (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

        Explain how this defendant was acting under color of law:

he is too traitor & too foolish sorcerer & shockingly too unfair & unjust & or
persecutor, & some months a go he threw water on my back in side the bathroom by
too mindlessly following too unstable Jew patient & Black patient, & since he works
in the laundry he gives me situations uniforms( either too big or too small or defiled
or torn or very old,etc...).There fore,he is cursed down & fenced down
for ever,etc...

on (date or dates) _____ _____ _____ _____ .
               (Claim I)      (Claim II)      (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

51/    Defendant   **ASH's medical director( unknown name)**  resides or works at
        (full name of first defendant)
    **ASH wide**
    (full address of first defendant)
    **ASH's medical director**
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:

be or she too mindlessly failed to treat me right & has been polluting me by conspired wrong medicines,& has been harassing me every day in various ways since early 2013.

52/    Defendant   **Tina Haberman**  resides or works at
        (full name of first defendant)
    **ASH truat office,P.O.Box 7001,Atascadero,CA 93423**
    (full address of first defendant)
    **trust officer**
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:

The trust officers have been persecuting me, they failed to pay me the $12.50 per month like others do nor let me work,etc...

53/    Defendant   **ASH's librarians(unknown names)**  resides or works at
        (full name of first defendant)
    **ASH's library, P.O.Box 7001,Atascadero,CA  93423**
    (full address of first defendant)
    **ASH's librarians**
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:

ASH's librarians have been biasing  & isolating & or pesecuting me too mindlessly,& they have more than releaser my documents,etc...

54/   4. Defendant   ASH's Graphic Arts(unknown names) _____ resides or works at
                     (full name of first defendant)
                     ASH' s Graphic Arts
                     (full address of first defendant)
                     ASH's Graphic Arts employees
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

The Graphic  Arts' machines & too corruptive employees have more than releasers documents. How ever, they have been persecuting me  too mindlessly, etc...

55/   8. Defendant   ASH's psych doctors supervisors _____ resides or works at
                     (full name of first defendant)
                     ASH P.O.Box 7001,
                     (full address of first defendant)
                     psych doctors  fakers & poisonous supervisors
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

they have been knowingly, consciously & deliberately poisoning me by high doses crushed zyprexa & bitter acid, etc...by ganging with  100 % liars panels & forensics doctors, etc...  These mass killers & or mass cagers know that I am a victim & witness of abuses by conspired police false charges & to cover this 100% liars doctors  have been violating my legal rights by mainly following & leading savages & mass cagers & robberies & mass poisonous Italians & Swedens(who speak Africans' or Ethions' languages, etc...). They ganged & broght me to set up persecutors in KC,MO,& then chased me U.S. wide,& then finally to San Diego,CA & made me touched a lady(namely Jennifer) by set up,& or unintentionally in 1994. I was scheduled to fly on 01/01/1992 from Kenya to W.U.S.C.S.,(Canadians world university).For I had passed  two tests of Canadians. No good to be international scholar,& conservative hetrosexual,& politician,& a God fearing & or fervent Christian or righteous preacher at ASH or in CA or U.S.A.

The too unjusts ASH & San Diegans make me a sex offender. However,no D.N.A. at all with any since 1994.

on (date or dates) _____  _____  _____  _____
                            (Claim I)      (Claim II)      (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

56/     ✗ Defendant   **Karen Pearsall** _____ resides or works at
                      (full name of first defendant)
                      **ASH,P.O.Box 7001,** _____
                      (full address of first defendant)
                      **conspired violator teacher** _____
                      (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law: so she is cursed&fenced 4 ever,
she is too stigmatic & prejudice & too old fart jerk,& she is too foolish sorcerer &
all in all too short,& she repeatedly too mindlessly failed to let me use computer,etc...

57/     2 Defendant   **Joseph** _____ resides or works at
                      (full name of first defendant)
                      **ASH unit 6** _____
                      (full address of first defendant)
                      **mass poisonous   doctor** _____
                      (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law:  so he is cursced 4 ever.For
he is lousy & loathsome & pank & panks maker,& too threatful & too foolish sorcerer &
&cheap suicidal trash,because of him I have  damages,etc...

58/     ✗ Defendant   **Carlous selaya** _____ resides or works at
                      (full name of first defendant)
                      **ASH unit 32** _____
                      (full address of first defendant)
                      **too unstable & or retarded Philippino patient** _____
                      (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law:
he was my set up roommate,& he almost chocked me in my bed,& he is too foolish
sorcerer trash cane. So he is cursed & fenced down 4 ever,etc...

on (date or dates) _____ , _____ , _____
                          (Claim I)          (Claim II)          (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

59/   1. Defendant   **Joseph** _____ resides or works at
                     (full name of first defendant)
                     ASH unit 39  [ 32 ]
                     (full address of first defendant)
                     prejudice & foolish sorcerer P.T.
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
is
he too mindlessly polluter & secretive mass killer,etc... So he is cursed & fenced
∧
down for ever,etc...

60/   2. Defendant   **David** _____ resides or works at
                     (full name of first defendant)
                     ASH unit 17
                     (full address of first defendant)
                     too unstable & or too foolish sorcerer Latino Patient
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
he is all in all too short & pervert open gay & too retaliator &  impostor&
career criminal.  So he is cursed & fenced down 4 ever,etc...

61/   3. Defendant   **Jennifer Jordan** _____ resides or works at
                     (full name of first defendant)
                     ASH unit !!17
                     (full address of first defendant)
                     ASH unit ï!  17's  too mindlessly faker R.N.
                     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
she prejudice & mass polluter & too old fart jerk ,

62/    4. Defendant    Lisa Maness    resides or works at
_____(full name of first defendant)_____

ASH unit 17
_____(full address of first defendant)_____

too prejudice & mass polluter P.T.
_____(defendant's position and title, if any)_____

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

she is too fat & fats maker & too evil or trash Sweden. She is cursed down &
fenced down for ever, etc....

63/    5. Defendant    ¦¦ vicky or kim    resides or works at
_____(full name of first defendant)_____

ASH unit ¦¦   17
_____(full address of first defendant)_____

too mindlessly  faker P.T.
_____(defendant's position and title, if any)_____

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

she is too corruptive & secretive team recorder jerk.

on (date or dates) _____
                            (Claim I)                (Claim II)            (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

64/

1.  Defendant    **Gray Davis** _____ resides or works at
             (full name of first defendant)
    former CA's too unjust governor,now firm in L.A.,CA
             (full address of first defendant)
    former CA's too unjust governor.
             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
he is a defiler or poisonous & secretive killer or persecutor.

65/

2.  Defendant    **Arnold Schwarzneggr** _____ resides or works at
             (full name of first defendant)
    former CA's too unjust governor,now actor in L.A.,CA
             (full address of first defendant)
    former CA's too unjuat governor.
             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
he is a defiler or poisonous & or too corruptive &or secretive mass killer.

66/

3.  Defendant    **Andrew Gonzalez** _____ resides or works at
             (full name of first defendant)
    ASH unit 33,P.O.Box 7001,Atascadero,CA 93423.
             (full address of first defendant)
    too unstable & or too unjust patient.
             (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
he is all in all too short gang of set up boxer or threatful killer Latino. He is
terrorizer by following & leading too tempters & provokers. So he is cursed & fenced
down for ever,etc...

67/

4. Defendant **Richard** _____ resides or works at
(full name of first defendant)
**ASH unit 33**
(full address of first defendant)
**too traitor AM shift lead**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
**he is a faker & poisonous & or corruptive Brown Black & a killer & or**
**persecutor.**

68/

5. Defendant **Sorjo Alvarez** _____ resides or works at
(full name of first defendant)
**ASH unit 7**
(full address of first defendant)
**too unstable gang of Latino patient**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
**he is my set up former roommate at ASH unit 32,& he is too retaliator & pervert & or**
**retarded open gay & too foolish sorcerer trash & he is a killer for nothing.**

There fore,he is cursed down & fenced down for ever,etc...

on (date or dates) _____ , _____ , _____
                        (Claim I)              (Claim II)             (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

69/      1.   Defendant    Mejia _____ resides or works at
                           (full name of first defendant)
                           ASH unit il  13 _____
                           (full address of first defendant)
                           too unstable Latino patient
                           (defendant's position and title, if any)

         The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

         Explain how this defendant was acting under color of law:
he is too mindlessly provoker & all in all too short & tempter & career criminal &
too ugly devil & or too evil.

70/      2.   Defendant    Guzman _____ resides or works at
                           (full name of first defendant)
                           ASH unit il   ll3 _____
                           (full address of first defendant)
                           too tempter & provoker Latino patient
                           (defendant's position and title, if any)

         The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

         Explain how this defendant was acting under color of law:
he is  career criminal &  too cheap suicidal &  slave & a set attcker &or a killer.
So he is cursed down &  fenced down for ever,etc...

71/      3.   Defendant    Zack _____ resides or works at
                           (full name of first defendant)
                           ASH unit 13 _____
                           (full address of first defendant)
                           a gang of too stigmatic boxer & a killer P.T.
                           (defendant's position and title, if any)

         The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

         Explain how this defendant was acting under color of law:
he is too stubborn & too slow to learn & too moran & immoral& too fat & fats maker
& lousy & loathsome & too foolish sorcerer & mass poisonous & mass cager Italian.
He is  none stop harasser & or too retaliator open gay & raper(directly & indirectly
& secretly & openly by ganging with too unstable patients,etc...).   So he is
cursed down & fenced down for ever repeatedly,etc...  For he is unheard &
unseen & untold violator & or harasser & or fly.

72/

4. Defendant   **Anelyn** _____ resides or works at
(full name of first defendant)

**ASH unit 33** _____

(full address of first defendant)

**provoker & defiler P.T.** _____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

she is too fat & fats maker & too old fart & messy &or filthy Philippino, she too evil &
too stimatic & disastrous harasser slave,etc··· And she is cursed,etc...

73/

5. Defendant   **Staysey Thomas** _____ resides or works at
(full name of first defendant)

**ASH unit 33** _____

(full address of first defendant)

**too unstable Black patient** _____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he threw water on my back in side the bathroom,& he is too cheap suicidal slave
persecutor.  So he is cursed & fenced down 4 ever,etc...   For he terrorized
to box me by foolishly following too evil people.

on (date or dates) _____ , _____ , _____
                     (Claim I)         (Claim II)      (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

**74/**    1.  Defendant  Linda S. Persons _____ resides or works at
                (full name of first defendant)
                ASH's former too corruptive excutive director
                (full address of first defendant)
                former excutive director
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

she is a gang of mass polluters & or secretive mass cagers.

**75/**    2.  Defendant    Debbie Pennington _____ resides or works at
                (full name of first defendant)
    ASH's    former program 3 too corruptive derector
                (full address of first defendant)
                former program 3 mass cager director
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

she is too foolish sorcerer & too lousy & loathsome & disfigurer & faker jerk,& she is
too old fart & prejudice,etc...

**76/**    3.  Defendant   Jomy _____ resides or works at
                (full name of first defendant)
                ASH unit 33
                (full address of first defendant)
                a provoker & slave & fake nurse
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:         IS

she is too cheap suicidal & pank & panks maker Philippino gang,& she all in all too short
&too fat & fats maker & lousy & loathsome persecutor.

77/

4.   Defendant   **Thomas Jessie**
(full name of first defendant)                                                        resides or works at

**ASH unit 33**
(full address of first defendant)

**my former retarded roommate patient**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too bizarrely none stop farter,etc...,Jew,& on late last June,he started to insult me & then put trash on my bed & then threw my properties & then attacked me for no thing.

78/

5.   Defendant   **Fernando Franco**
                                                                                                      resides or works at

**ASH unit 33**
(full address of first defendant)

**too unstable & or career criminal or patient**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too foolish sorcerer & pesecutor  trash Latino,for he called me a mushroom,& he said," whites have been  training Latinos,etc...to attack you & blind you,etc..,"And him & other patients( Jews & Blacks) who they are too retaliators open gays called me  a meat ball,etc.... For they are boxers they do not take force & harmful medications like me,etc...

There fore,he is cursed down & fenced down 4 ever,etc...

on (date or dates) _____ , _____ , _____
                      (Claim I)         (Claim II)        (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

79/   1.  Defendant   **Robert Scales** _____ resides or works at
                      (full name of first defendant)
                      ASH unit 33
                      (full address of first defendant)
                      **too unstable & handicap & ugly negr or Black patient**
                      (defendant's position and title, if any)

      The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

      Explain how this defendant was acting under color of law: **he is cursed & fenced for**
**he is 100 % liar & too traitor & too foolish sorcerer & too evil terrorist Muslim &**
**he is pank & pervert & too retaliato open gay trash & too stigmatic & a boxer,etc...**

80/   2.  Defendant   **Arrelance Arthur** _____ resides or works at
                      (full name of first defendant)
                      ASH unit 33
                      (full address of first defendant)
                      **too unstable & too pervert & mad boxer patient**
                      (defendant's position and title, if any)

      The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

      Explain how this defendant was acting under color of law:
**he is too retaliator open gay harasser,& too stigmatic & career criminal& all in**
**all too short &persecutor,etc...**

81/   3.  Defendant   **Ramero** _____ resides or works at
                      (full name of first defendant)
                      ASH program 5
                      (full address of first defendant)
                      **too cheap suicidal & corruptive social workers' supervisor**
                      (defendant's position and title, if any)

      The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

      Explain how this defendant was acting under color of law:
**he is too stimatic & too foolish sorcerer & too retaliator open gay & too**
**pervert Latino,& he has been threatening me by too mindlessly ganging with**
**morans & immorals & mass killers by poisons,by boxers,by machines.**
**So he is cursed & fenced down for ever,etc... For he is unheard & unseen**
**& untold violator & or evil slave to the trash open gays.**

82/

4. Defendant   Juan Sembrano _____ resides or works at

(full name of first defendant)

ASH unit 33 _____

(full address of first defendant)

too unstable & too traitor & too stigmatic patient

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too retaliator open gay,& he is all in all too short & too foolish sorcerer Indian,
& he is career criminal & too threatful  boxer gang. He is unheard&unseen&untold evil.

83/

5. Defendant   Cindy  Mitchel _____ resides or works at

(full name of first defendant)

ASH  CBI ,P.O.Box 7001,Atascadero,CA _____

(full address of first defendant)

CBI 2/3 's too prejudice & or persecutor teacher &or doctor

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

she is too foolish sorcerer & cheap suicidal slave Britain,& she is 100 % liar or
false teacher. There fore,she is cursed down & fenced down for ever,etc....

For she is unheard & unseen & untold too mindlessly sorcerer &biaser  &
stigmatic & slave to too pervert open gays. And she is too fat & too old
fart & blind robbery.

on (date or dates) _____ _____ _____
                        (Claim I)        (Claim II)       (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

**84/**    1.  Defendant  **Juan Nano**  _____ resides or works at
               (full name of first defendant)
               **ASH unit 33**
               (full address of first defendant)
               **too stigmatic & polluter P.T.**
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
he is a gang of too cheap suicidal & or slave Latino,& he is too traitor & or evil & a killer & or persecutor.

**85/**    2.  Defendant  **Nancy**  _____ resides or works at
               (full name of first defendant)
               **ASH unit 33**
               (full address of first defendant)
               **none stop harasser & or fraud nurse**
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:  she is cursed&fenced down 4 ever for
she is too old fart & pervert &  threatful & killer by poison too foolishly & too mindlessly,& she is ugly to see  ugly to hear Nigerian.

**86/**    3.  Defendant  **W. Biruk**  _____ resides or works at
               (full name of first defendant)
               **ASH unit 32**
               (full address of first defendant)
               **too tempter & reproacher & 100 % liar fake P.T.**
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
he is too traitor & too mindlessly pervert & too stigmatic & too retaliator dirt open gay harasser or vampire & too mindlessly poisonous Ethiopian wuragea, & he is all in all too short & too ugly to see & too ugly to hear & too foolish sorcerer & retarded & or back warded & impostor & trash dictator,& pank & panks maker & too stigmatic, & he or Wurageas adict to steal & rob & fake & kill innocet people every where they go,etc... There fore,he is cursed down & fenced down for  ever,etc...(repeatedly). For he is unheard& unseen&untold harasser & or fly.

87/      4. Defendant   Elton Ugezene      resides or works at

(full name of first defendant)

ASH unit 33

(full address of first defendant)

secretive persecutor & too unstable patient

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

he is moran & immoral & too retaliator open gay Nigerian, he is my former roommate.

88/      5. Defendant   Abera Tesfai      resides or works at

(full name of first defendant)

ASH unit 2

(full address of first defendant)

too reproacher & too foolish sorcerer fake nurse

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too mindlessly corruptive & impostor & trash dictator & too stigmatic & too lousy & too loathsome & too mad boxer & 100% liar Ethiopian Amara, he or Amaras are too traitors too defilers & adict to poison( in various ways) every where they go,& he is too retaliator open gay harasser or vampire & or too evil & too divisive & convicted pank & panks maker & too threat ful,etc... So he is cursed down & feced down for ever repeatedly,etc... For he is unheard Unseen & untold pervert & harasser & or fly.

on (date or dates) _____ _____ _____
(Claim I)          (Claim II)        (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

89/   1.   Defendant   **Gideon** _____ resides or works at
(full name of first defendant)
**ASH unit 33**
_____
(full address of first defendant)
**faker & or too evil student**
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
he is stinking & too ugly to see & too ugly to hear & gang of persecutor Nigerian.
So he is cursed down & fenced down for ever,etc....

90/   2.   Defendant   **Jose Navarro** _____ resides or works at
(full name of first defendant)
**ASH unit 33**
_____
(full address of first defendant)
**my set up too pervert & or retarded patient**
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
he instantly threatened to strangle me secretly,& he is too foolish sorcerer Latino.
So he is cursed down & fenced down for ever,etc...

91/   3.   Defendant   **vance T.** _____ resides or works at
(full name of first defendant)
**ASH unit 33**
_____
(full address of first defendant)
**pank & panks maker & too corruptive P.T.**
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
he is too mindlessly poisonous( in various ways), & he is trasher & trash boxer & or
lousy & too retaliator open gay harasser & or messy & tempter & too foolish sorcerer
& too evil jerk,& he is gang of too reproachers & robberies & thieves & mass cagers.

There fore,he is repeatedly cursed down & fenced down for ever,etc...

For he is unheard & unseen & untold violator. My belly has swelled &him &other
polluters Jews & Italians & Swedens & their followers said,"we poisoned you by soap & by
ore & by electronic,&threat to kill me.

CV-66 (7/97)                          CIVIL RIGHTS COMPLAINT                          Page 3 of 6

92/      4.  Defendant    **Lester Parham**
                          (full name of first defendant) _____ resides or works at
                          **ASH unit 33**
                          (full address of first defendant) _____
                          **too fat & poisonous or defiler patient**
                          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law: he is cursed&fenced down 4 ever,etc for
he is too ugly to see & ugly to hear persecutor Black, & he is too unstable boxer & raper &
or molestor old fart & he is secretive killer gang,& he is my former roommate.

93/      5.  Defendant    **Teresa O.**
                          (full name of first defendant) _____ resides or works at
                          **ASH unit 33**
                          (full address of first defendant) _____
                          **too blameful harasser & or too corruptive  nurse**
                          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law: she is all in all too short & poisonous &   reproacher & tempter & too foolish sorcerer &
too old fart & 100% liar & perver jerk,& she is too mindless persecutor by being
too cheap suicidal  slave to the pervert open gays & retaliators(who they have been
isolating,poisoning, boxing & or persecuting me since 1994).

There fore,she is repeatedly cursed down & fenced down for ever,etc...

For she is unheard & unseen & untold harasser & or fly.   For she is none stop
harasser by blaming noesense medical. She gangs & detestably blames daily,& weekly,& monthly
vital signs,& blood pressure,& bowel movement-or grave threat to punish me in various ways
including by electronics poisons,& other harmful things. For example,the medications passers
open gays said,"your are drinking our urine with the medications,& then threatened me by bad
food too. There fore, ASH is too danger to me. That's why I can not dare to wait at ASH for
another second.

on (date or dates) _____ (Claim I) , (Claim II) (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   **Clement Contreras**

94/          (full name of first defendant) _____ resides or works at
ASH unit 33
(full address of first defendant)
**too stigmatic patient**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law.
he is too fat & too threatful persecutor & or filthy Latino, & he terrorizes to make patients fats like him.    So he is cursed & fenced down 4 ever, etc...

2. Defendant   **Olie**

95/          (full name of first defendant) _____ resides or works at
ASH unit 6
(full address of first defendant)
**corruptive & poisonous fake P.T.**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law.
he is too traitor & convicted pank & lousy & loathsome slave to the too evils & trash Ethiopian Amaras, & he is Ethiopian Oromo.

96/    3. Defendant   **Cindy Bailey**
(full name of first defendant) _____ resides or works at
ASH unit 33
(full address of first defendant)
**too mindlessly faker & mass cager social worker**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law.
she terrorizes me by mass polluters & by mass cagers   by San Diego 's notorious jails, etc... she is too old fart & persecutor jerk. I revealed ~~San Diego~~ Swedens have been enslaving the world perilously.   There fore, she is cursed down & fenced down for ever, etc... NOTICE: Brown Blacks have been suffering, etc...at the hell ASH. Briefly, she is unheard & unseen & untold harasser & or fly.

97/        4. Defendant        **Raymond**

_____ resides or works at
(full name of first defendant)

**ASH unit 6**

(full address of first defendant)

**too evil R.N.**

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

he is too foolish sorcerer & poisonous & gang of boxers & killers,& or he is persecutor slave Latino.

98/        5. Defendant        **Marilou**

_____ resides or works at
(full name of first defendant)

**ASH unit 30**

(full address of first defendant)

**too cheap suicidal slave P.T.**

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

she is foolish spy & moran & immoral & weak & wicked Philippino.      There fore, she is cursed & fenced down for ever,etc...

on (date or dates) _____ , _____ , _____

(Claim I)          (Claim II)          (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

99/         1. Defendant      Milsap _____ resides or works at
(full name of first defendant)
ASH unit 33 _____
(full address of first defendant)
too pervert & moran & immoral  harasser patient
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
he is too threatful & or too unstable & too ugly to see & too ugly to hear & too
retaliator open gay & rapist. So he is cursed & fenced down 4 ever,etc...

100/        2. Defendant  Mari Yambor _____ resides or works at
(full name of first defendant)
ASH unit 13 _____
(full address of first defendant)
too corruptive Jew doctor _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law: She is gang of too mindless panel.
She is too stubborn & too slow to learn & too old fart,& or trash.

101/        3. Defendant  Mason M.  Nutter _____ resides or works at
(full name of first defendant)
_____
(full address of first defendant)
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:  He is conspired violator,& too
mindless isolator & too stigmatic,& too foolish sorcerer & too prejudice,&or too evil
& mass  killer Italian. He has been persecuting me too shockingly since early 2013.
As a result, I have damages,etc...   He is unheard & unseen & untold harasser & or
fly.

102/

4. Defendant  Patrick  O connor                                    resides or works at
(full name of first defendant)
ASH,P.O.Box 7001,unit 6, Atascadero,CA93423.
(full address of first defendant)
too fraud & a prejudice Italian social worker.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual ☐official capacity.

Explain how this defendant was acting under color of law: He is a gang of conspired polluter & killer & or trasher trash old fart.

103

103/

Defendant  Unknown Italian priest,in Ethiopia,Africa       resides or works at
(full name of first defendant)
in City of Adigrat,County of Agame,Ethiopia,Italians' Catholic mission.
(full address of first defendant)
retired priest,
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual ☑official capacity.

Explain how this defendant was acting under color of law:  She is about 100 years old,& all in all too short,& too skiny,& none stop harasser & or fly. She is a gang of mass polluters & mass cagers by too mindlessly following pasts,&current &  future dictators. She ganged & kidnapped me from Nairobi,Kenya to Kansas City,MO ,U.S.A. on 09/14/1991-in order to face  more persecutions. I was scheduled to fly  to Canadians' World University(namely W.U.S.C.S.) on 01/01/1992. For I passed two tests of Canadians(Scholar ship & T.O.E.F.L.). Because of her & other too evils U.S. people,I have been trying to go to Canada. NOTICE:She almost killed me & my families by poisons,& by land mine in E thiopia  by creating conflicts,& enslaving too evils people. She is unheard & unsesn & untold insane gang of too foolish mass cagers to the too mindlessly isolated Africans & or world wide. She does not has self-knowledge,& others  knowledge. She craves to harass & rob by being  moran & immoral & dead walking & or carcass. As a result,many innocent hero Colors Whites are in cage. Her & her too bizarrely deceived followers have slaves world wide. Because of her & other too frauds &  mass persecutors & mass eradicators Italians( world wide),I commanded Italians' robbery & thief bank manager(told him to send $4 billions of dollars to my 4 victims children. This is many years ago.

Briefly,Italians have been too sickly ganging & inflicting inncent Ethiopians  for generations(mainly to me,I revealed unspeakabley since  before I  born). This is also according to the too much talker,Africans languages speaker who she is cheap suicidal & a fallen Italian's former priest. Millions of Africans mainlyE thiopians eradicated.

-NOTICE :The former Italian priest,in Africa,ganged with others,too evils & made me hear their voices-since late 1994. However,I am genuine believer,& or preacher,& or I have God's Holy  Spirit.

|04|

104/

4. Defendant   **Bob Filner**                                          resides or works at
<sub>(full name of first defendant)</sub>

202 C. St.,#11, San Diego,CA 92101.
<sub>(full address of first defendant)</sub>

corruptive former mayor(of San Diego),
<sub>(defendant's position and title, if any)</sub>

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law: He failed to probe &  get me

released in fair justice.

|05|

105/

5. Defendant   **Jerry Sanders**                                        resides or works at
<sub>(full name of first defendant)</sub>

202 C. St.,# 11, San Diego,CA 92101,
<sub>(full address of first defendant)</sub>

San Diego's too traitor,& poisonous(in various ways) former mayor.
<sub>(defendant's position and title, if any)</sub>

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:  I petitioned to him at least 5

times but no response at all. He is too ugly persecutor by being too prejudice.

In other words,he is unheard &  unseen & untold evil & or mass killer.

on (date or dates) _____ , _____ , _____
(Claim I)                    (Claim II)                   (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

10 6    1. Defendant    Johnson _____ resides or works at
                        (full name of first defendant)

                        ASH unit 32 _____
                        (full address of first defendant)

                        conspired violator doctor. _____
                        (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law:

        he is too mindlessly poisonous & old fart & pank & panks maker & a killer trash
Jew.    Ther fore, he is cursed down & fenced down for ever,etc...

10 7    2. Defendant    David Peter _____ resides or works at
                        (full name of first defendant)

                        ASH unit 33 _____
                        (full address of first defendant)

                        too corruptive Jew  doctor _____
                        (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law: So he is cursed & fenced down 4 ever,etc..
:- for he is too stigmatic & too stubborn & too slow to learn & fat & fats maker & or
        too evil persecutor slave,& he is all in all too short & foolish sorcerer gang,etc...

10 8    3. Defendant    Mike O'toole _____ resides or works at
                        (full name of first defendant)

                        ASH unit 33 _____
                        (full address of first defendant)

                        too corruptive pm shift lead _____
                        (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law:

        he is too foolish sorcerer & conspired violator & provoker & or reproacher &
        tempter & or persecutor, he is  too stubborn & too slow to learn & or moran  &
        immoral & too mindless faker gang & or lousy & loathsome & disfigurer  & or
        poisonous & or too evil & a killer & or trasher trash Italian P.T.(psych tech).

        There fore, he is cursed down & fenced down for ever,etc...

on (date or dates) _____
                        (Claim I)                (Claim II)                (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

109/        1.  Defendant   Kevin Faulconer _____ resides or works at
                            (full name of first defendant)
                    202 C St.,# 11,San Diego,CA 92101. _____
                    (full address of first defendant)
                    San Diego's too corruptive & or raper & robbery & fake look mayor.
                    (defendant's position and title, if any)

            The defendant is sued in his/her (Check one or both):  ☑ individual  ☑ official capacity.

            Explain how this defendant was acting under color of law:  He is none stop harasser & or fly
& or mass  poisonous & or mass killer. _____
_____

110/        2.  Defendant   Ramona Ripston _____ resides or works at
                            (full name of first defendant)
1616 Beverly Blvd,Los  Angeles,CA 90026. _____
                    (full address of first defendant)
                    ACLU's corruptive executive director,
                    (defendant's position and title, if any)

            The defendant is sued in his/her (Check one or both):  ☑ individual  ☑ official capacity.

            Explain how this defendant was acting under color of law:  She failed to probe & get
me  released in fair justice. _____
_____

111/        3.  Defendant   Gavin Newsom _____ resides or works at
                            (full name of first defendant)
                    State Capital Building,Sacramento, CA95814. _____
                    (full address of first defendant)
                    too ineffective CA's vice governor,
                    (defendant's position and title, if any)

            The defendant is sued in his/her (Check one or both):  ☑ individual  ☑ official capacity.

            Explain how this defendant was acting under color of law:  He is none  stop biaser & or
persecutor & or mass killer. _____
_____

112/          4. Defendant  Dianne Feinsten _____ resides or works at
                                            (full name of first defendant)
Senate Hart office Building,Suite 331, Washington,DC 20510,
                              (full address of first defendant)

                   too pretender & or too evil & or corruptive Senator,
                   (defendant's position and title, if any)

The defendant is sued in his/(her) (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law: She is a gang of mass polluter
& mass cager. _____


113/          5. Defendant  Frank A. McGuire _____ resides or works at
                                            (full name of first defendant)
CA Supreme Court,350 McAllister St.,San Francisco,CA 94102.
                              (full address of first defendant)

                   too prejudice & foolish sorcerer & polluter clerk.
                   (defendant's position and title, if any)

The defendant is sued in (his)/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law: He is too mindlessly
persecutor & or mass killer. He is unheard & unseen &
untold violator. _____

on (date or dates) _____, _____, _____.
                        (Claim I)            (Claim II)          (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

114/   1.  Defendant   Jorge Navarrete _____ resides or works at
                       (full name of first defendant)

CA Supreme Court,350 McAllister St.,San Francisco,CA 94102.
                  (full address of first defendant)

              too unfair & unjust & or corruptive deputy clerk.
              (defendant's position and title, if any)

       The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

       Explain how this defendant was acting under color of law: He ganged & failed to probe &
relief me or release me in fair justice.

115/   2.  Defendant   Cantil-Sakauye _____ resides or works at
                       (full name of first defendant)

       CA Supreme Court,350 McAllister St.,San Fransisco,CA 94102,
                        (full address of first defendant)

              too traitor & perilously polluter & or a killer chief justice.
              (defendant's position and title, if any)

       The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

       Explain how this defendant was acting under color of law: She repeatedly failed to probe
my unusual set up case  & release me in fair  justice.

116/   3.  Defendant   John Mallen _____ resides or works at
                       (full name of first defendant)

              964 5th Ave.,Ste.435, San Diego,CA 92101.
              (full address of first defendant)

              ruinously polluter & impostor& mass cager Conrep's nurse.
              (defendant's position and title, if any)

       The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

       Explain how this defendant was acting under color of law: He is secretive killer & or
all in all too short & too stubborn & too slow to learn gang. He & other Jews
have blinded my eyes vision partially & permanently,& then they made me fat,&
they have been trying to  kill me too.

117/   4.   Defendant   George Monrho _____ resides or works at
                        (full name of first defendant)

SDCD(San Diego central jail)1373 Front St.,San Diego,CA 92101
                        (full address of first defendant)

                        SDCJ's too polluter & mass killer Latino doctor.
                        (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law: Because of him I have various
        physical damages by conspired poisons. He is unheard & unseen &
        untold criminal.

118/   5.   Defendant   Xavier Becerra _____ resides or works at
                        (full name of first defendant)

CA Dept.of justice,P.O.Box 944255,Sacramento,CA 94244
                        (full address of first defendant)

                        CA's corruptive attorney general,
                        (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

        Explain how this defendant was acting under color of law: He is too unfair & unjust & or
        polluter & or a killer.

on (date or dates) _____, _____, _____.
                            (Claim I)            (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

119/    1. Defendant   W.Samuel Hamrick Jr. _____ resides or works at
                     (full name of first defendant)

San Diego U.S.District Court,333 West Broad way,Suite 420,San Diego,CA 92101.
               (full address of first defendant)

           too corruptieve &or mass polluter & mass cager clerk
           (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law: He is a gang of too mindless
killer & or unseen & unheard & untold foolish world ender.

120/    2. Defendant   Alem Syoum _____ resides or works at
                (full name of first defendant)

   909 N.E. 62nd St.,Seattle,WA  98115.
          (full address of first defendant)

       unknown-(206)527-2044
       (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law: He is a gang of mass harassers
& or flies families & or too traitors & mass polluters(in various ways)&
mass killers.

121/    3. Defendant   Kflom G.Gebreyohans _____ resides or works at
                (full name of first defendant)

    909 N.E,62nd St.,Seattle, WA 98115.
         (full address of first defendant)

    unknown(206)527-2044
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law: He too foolishly stole my phone
calling #s,& he has been too mindlessly ganging & trying to kill me at ASH & NSH & PSH &
SDCJ. He is too traitor & defiler & 100% liar & cheap slave to pervert open gays.

So he is unheard & unseen & untold criminal.

122/   4.   Defendant   Terry D. Jones _____ resides or works at
                        (full name of first defendant)

San Diego's Conrep,964  5th Ave.,Ste.435, San Diego,CA 92101.
                        (full address of first defendant)

too unfair & unjust & traitor nurse.
                        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law: She ganged & rearrested me for
nothing in 1999.

---

123/   5.   Defendant   Ngsty G.Gebreyohans _____ resides or works at
                        (full name of first defendant)

909 N.E.,62nd St.,Seattle,WA 98115.
                        (full address of first defendant)

trasher &  trash can mother(206)527-2044.
                        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law: She is notoriously unheard & unseen &
untold too ugly  evil. She  craves to madly & foolishly poison(in various ways). She
displaced me by  too entices from my many  friends & or love ones in Kansas City,MO.

Her too insane,etc...grand mother(namely Dunku  Gezeheagh) had almost killed me by
poisons.This was when I was a kid in Ethiopians' Country side. My parents & our various
farm animals are also poisoned & or steriled,etc... All her families are defilers & or
poisonouses &  poisonous makers & mass cagers by poisons  & by guns &  by boxings. She is
condemed stigmatic & all in all  too short,&  too fat,& old fart,& too lousy & loathsome,&
cheap suicidal & pank  slave to too evil people. In other words, she is dead walking
trash & from trashes families. Or she & her too moran & immoral & predators & molestors,&
disfigurers & vampires families,etc...poisoned & kill many in various ways. There fore,
she & her too insanes & beggers & panks & retardeds & trashes harassers & or flies   are
repeatedly  cursed down & fenced down for ever.