on (date or dates) _____, _____, _____
                        (Claim I)           (Claim II)          (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

124/   1.   Defendant   Donald William _____ resides or works at
                              (full name of first defendant)

San Diego Conrep,964 5th Ave.,Ste.435, San Diego,CA 92101.
                (full address of first defendant)

too unfair & unjust & polluter psych doctor.
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:   He too mindlessly ganged & rearrested me by a lot of set ups(in August 1999). And he is a killer invarious ways by being unheard & unseen & untold biaser & sorcerer.

125/   2.   Defendant   Roy Kushel _____ resides or works at
                              (full name of first defendant)

Los Angeles Conrep,437 N.Hoover St.,Los Angeles,CA 90004.
                (full address of first defendant)

too unfair & unjust & polluter psych doctor.
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:   He rearrested me for nothing on 3/15/2004.

126/   3.   Defendant   Tesfai G.Gebreyohans _____ resides or works at
                              (full name of first defendant)

909N.E.,62nd St.,Seattle,WA 98115.
                (full address of first defendant)

unknown,he is traitor & evil.
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:   He is agang of too threatful killer & mass cager.

127/   4.  Defendant  Daniel G.Gebreyohans _____ resides or works at
                     (full name of first defendant)

         909N.E. 62nd St.,Seattle,WA  98115.
                     (full address of first defendant)

         unknown & he is too traitor& defiler.
                     (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑individual   ☑official capacity.

   Explain how this defendant was acting under color of law: He is poisonous by HIV+ & he is
all in all too short & slave to mass killers. _____

   _____

128/   5.  Defendant  Michael Willington. _____ resides or works at
                     (full name of first defendant)

220 West Broad way,department # 11,San Diego,CA 92101.
                     (full address of first defendant)

too prejudice& mass polluter & mass cager Superior Court judge.
                     (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑individual   ☑official capacity.

   Explain how this defendant was acting under color of law: He is too old fart & unlawful &
unruly & none stop harasser & or fly. He is unheard & unseen &untold gang
of world ender.

on (date or dates) _____, _____, _____.

(Claim I)                (Claim II)               (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

129/   1.  Defendant __Una_____ resides or works at
              (full name of first defendant)

ASH unit 33,P.O.Box 7001,Atascadero,CA 93423.
(full address of first defendant)

too old fart& too harasser & or fly Latino,assistant P.T.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:  She is none stop threatful to destroy me by poisons & by sick boxers.

_____

130/   2.  Defendant __Ruben_____ resides or works at
              (full name of first defendant)

ASH unit 33,P.O.Box 7001,Atascadero,CA 93423.
(full address of first defendant)

too fat & moran & immoral & or evil Latino,assistant P.T.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:  She threatened & or terrized to harm me by gangs of 100% liars  & polluters & killers.

131/   3.  Defendant __Marlyn_____ resides or works at
              (full name of first defendant)

ASH unit 33,P.O.Box 7001,Atascadero,CA 93423.
(full address of first defendant)

too corruptive & or polluter &retaliator Latino,assistant P.T.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:   She is too pervert & or moran & immoral & threatful & a killer.

_____

132/    4.  Defendant _____Clyde Bolter_____ resides or works at
                        (full name of first defendant)
                        ASH unit 33,P.O.Box 7001,
                        (full address of first defendant)

                        my former set up roommate,tempter & too unstable Latino patient.
                        (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

        Explain how this defendant was acting under color of law:  He is none stop fighter & or a boxer
        & a killer for nothing.
        _____
        _____


133/    5.  Defendant _____Robin Breeding_____ resides or works at
                        (full name of first defendant)
                        San Diego's Conrep,
                        (full address of first defendant)

                        too unfair & unjust doctor
                        (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both):  ☑ individual   ☑ official capacity.

        Explain how this defendant was acting under color of law:  On July 11,2013,she had interviewed
        me at ASH unit 7,& she told me,"I will release you to San Diego Conrep's
hospital for 90 days. How ever, nothing happened,no get me released."  She is unheard &
unseen &  untold mocker & or evil.

on (date or dates) _____, _____, _____.
                              (Claim I)                 (Claim II)              (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

**134/**  1. Defendant   Robert Stein _____ resides or works at
              (full name of first defendant)

350 West Broad way,Ste.,750,San Diego,CA 92101
(full address of first defendant)

corruptive district attorney,
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law: He too mindlessly extended me
repeatedly by faking & masking systems.

_____

**135/**  2. Defendant   Bonnie D. Dumanis _____ resides or works at
              (full name of first defendant)

350 West Broad way,Ste.,750, San Diego,CA 92101.
(full address of first defendant)

San Diego's too corruptive district attorneys' supervisor.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law: She worse too mindlessly ganged &
extended me since January 2003.

**136/ 139/3.** Defendant   2 men under the same names Peters Deddahs _____ resides or works at
              (full name of first defendant)

Both in San Diego,CA,220 West Broad way,San Diego,CA 92101.
(full address of first defendant)

both too bizarrely frauds&or polluters superior court judges.
(defendant's position and title, if any)

theirs

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law: One is a fake look Egyptian &
the another is nazi Germany. Both  almost killed me in various ways.

_____

138/    4.  Defendant   Jeffrey Frazer _____ resides or works at
(full name of first defendant)

220 West Broad way, Dept.# 11, San Diego, CA 92101,
(full address of first defendant)

prejudice & or corruptive Superior Court judge,
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law: He too mindlessly ganged &

extended me since January  2003.

139/    5.  Defendant   Glass _____ resides or works at

(full name of first defendant)

Lajola, CA independent employee(San Diego Conrep use him).
(full address of first defendant)

San Diego, CA  too bizarrely stigmatic &biaser & polluter Jew doctor.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law: He too mindlessly ganged & extended me

to another year to San Diego Conrep,& then to the unfair & unjust rearrest,& other conspired

wrong doings.

on (date or dates) _____, _____, _____.
                     (Claim I)          (Claim II)         (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

140/   1. Defendant   Glassman _____ resides or works at
                      (full name of first defendant)

San Diego,Ca,220  West Broad way,San Diego,CA 9201 _____
                  (full address of first defendant)

                      too corruptive & or polluter & 100% liar & biaser Jew doctor.
                      (defendant's position and title, if any)

       The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

       Explain how this defendant was acting under color of law:  He is a gang of too  unfair &
       unjust killer in various ways.

141/   2. Defendant   Bobby Fiske _____ resides or works at
                      (full name of first defendant)

                      ASH unit 33,P.O.Box 7001,Atascadero,CA 93423.
                      (full address of first defendant)

                      too unstable& or tempter & too threatful gang patient.
                      (defendant's position and title, if any)

       The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

       Explain how this defendant was acting under color of law:  He is none stop harasser & or
       fly.

142/   3. Defendant   Jane Shell _____ resides or works at
                      (full name of first defendant)

                      San Diego's  Conrep _____
                      (full address of first defendant)

                      too corruptive & or 100% liar Sweden social worker.
                      (defendant's position and title, if any)

       The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

       Explain how this defendant was acting under color of law:  She is too unfair  & unjust
       persecutor.

143/  4. Defendant  Laurie Lockhart _____ resides or works at
                    (full name of first defendant)
                    ASH's Patients' Rights, P.O. Box 7001, Atascadero, CA 93423.
                    (full address of first defendant)
    office of Patients' Rights too corruptive advocate.
                    (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

        Explain how this defendant was acting under color of law: She is too  unfair & unjust & or
        gang of the polluters & or killers. _____

        _____

144/  5. Defendant  Scott. _____ resides or works at
                    (full name of first defendant)
                    ASH unit 2, P.O. Box 7001, Atascadero, CA 93423.
                    (full address of first defendant)
                    too unstable & tempter & impostor & pervert patient.
                    (defendant's position and title, if any)

        The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

        Explain how this defendant was acting under color of law: He is all in all too  short, &
    none stop harasser & or fly.  For he is unheard & unseen & untold foolish sorcerer
    & too  ugly to hear & too ugly to  hear & too old fart. _____

on (date or dates) _____ , _____ , _____

                  (Claim I)            (Claim II)           (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

145/   1.  Defendant  <u>Daniel Wagoner</u>                          resides or works at
           (full name of first defendant)

           <u>ASH Patients' Rights,P.O.Box 7001,Atascadero,CA 93423.</u>
           (full address of first defendant)

<u>Patients' Rights too corruptive & or gang of a killer Latino.</u>
           (defendant's position and title, if any)

The defendant is sued in (his)/her (Check one or both): ☑ individual  ☐ official capacity.

*panels*

Explain how this defendant was acting under color of law: He ganged ~~with~~ ~~ASH's~~ ~~panels~~
& or too corruptive doctors have been polluting me by acid & by
crushed zyprexa & 2 pills. As a result,I have damage.

146/   2.  Defendant  <u>Kely</u>                               resides or works at
           (full name of first defendant)

           <u>ASH wide,P.O.Box 7001,Atascadero,CA 93423</u>
           (full address of first defendant)

<u>ASH wide too corruptive & too foolish sorcerer Sweden P.T.</u>
           (defendant's position and title, if any)

The defendant is sued in his/(her) (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law: She is a gang of too mindless enticer
& harasser & or fly. She ganged & forced me moved to persecutor room(Sweden patient room).
So she is too obstrutive & killer.

147/   3.  Defendant  <u>Julie Evans</u>                           resides or works at
           (full name of first defendant)

           ASH wide,P.O.Box 7001,Atascadero,CA 93423
           (full address of first defendant)

ASH wide too corruptive & foolish sorcerer Sweden R.T.
           (defendant's position and title, if any)   .

The defendant is sued in his/(her) (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law: She is too old fart & a gang of
too mindless harasser or fly. She is too retaliator for she threatened to box & blind
my eyes by enticed criminals(former death row patients) by being obstructive.
She is too dangerously retaliator & or a killer.

148/

4.  Defendant   Ion Larson _____ resides or works at

(full name of first defendant)

ASH,P.O.Box 7001,unit 18,Atascadero,CA 93423.

(full address of first defendant)

too unstable,& or foolish sorcerer :: Swedn patient.

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law: He is 100% liar,&defiler,&traitor,& too dangerous gang of the polluters,& boxers,& or killers,&he is unheard & unseen & untold harasser,& or fly.

149/

5.  Defendant   Emma William _____ resides or works at

(full name of first defendant)

ASH,P.O.Box 7001,Atascadero,CA 93423.

(full address of first defendant)

a set up blasphemer,& or hypocrite chaplain.

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law: :: She is too foolish sorcerer,& traitor & too old fart & moran & immoral & too ugly to see & too ugly to hear & all in all too short & too mindless set up slave. :: She is too evil.For she preaches hopelessness,& pessimism & or hell. Or she misleads & discourages genuine believers in the Lord & Savior Jesus Christ & God. Then she has been ganging & terrorizing to box me(secrely) by ugly Blacks like her,etc... She is also a gang of too destructive polluters & obstructors & mass killers & or mass cagers(world wide)-by being unheard & unseen & untold harasser & or fly.

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

1/ I have physical damages,etc... This is because of Donald J. Trump's & other former presidents' administrations & Jerry Brown's & other former governors' administrations & San Diego's pasts & current mayors & other administrations & mainly ASH directors,etc...

Forexamples:no privacy nor law nor rule at the prejudice ASH & San Diego. And mainly ASH doctors made me fat by poisons(by ore,soap,by bad food & by electronics). ASH frauds have been too mindlessly mistreating me(mainly by ASH unit 6,by 33,by 32,by 13, by 7, by 17, by 16, by 34, by 27, by 30,etc...). In other words,instead of releasing me infair justice, ASH ,etc...have been torturing me by too bizarrely discriminating(by ganging with former death rows prisoners,& or too unstables career criminals,etc...)based on my precious faith,Color,race, National origin,political views,gender.

Mainly foolishes patients have been tempting me & trying to destroy me by ganging with the conspired polluters,& isolators,&  starvers various doctors,etc...

No treatment at ASH at all for the damages.

2/ASH too foolish  mockers& biasers hostaged me by  faking & by masking systems. This is while I am safe,& sane & or genuine Christian &or genuine preacher.  ASH doctors,etc...

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ASH's various gang of frauds have been knowingly polluting me,& try to kill me. ASH is full of 100% liars,& blind robberies,& trashers,& trashes. Briefly,ASH's patients & staffs want me to harm them or harm me in order not to get me  released in fair justice.

-NOTICE:I get cured from my own diabetes,& parkinsons disease,& allergies  many years ago.

-In sort,the above mentioned defendants(mainly the too evils politicians,& or States,& Nationals,etc...administrations,&corruptive directors,& their various worse fraud doctors,etc..) have been the ugliest conspired isolators,& starvers,& polluters,& obstructors,& killers. How ever,I am anointed Demo-cratic,& Theo-cratic PM of the Ethiopians. For I tried,& anointed some but failed. They became trash dictators. And I cursed,& fenced them down,& fired them. And too hard to find justful,& or lawful,& or loveful,& or peaceful,& peace-maker,& peace-seeker like me.

-Forexamples:"You shall know the truth,& the truth shall set you free."  "A person reaps what he/she sows is Biblical,& Scientifical facts,& or cause & effect."  "The wage of sin is death, but the gift of righteousness is eternal life."

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E.  REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

-Very Briefly:1/ I am seeking $ 2.2 billions for the damages,& punitives,etc... &

2/ seeking to probe &  get me  released in fair justice,or

3/ transfer me from  the too dangerous ASH to another safer facility,or to Metro,or

4/ tramsfer me to another state(to my Las Vegas,NV,or to my South Dakota,or to my

kansas City,MO) or

5/ deport me back home to my lovely Country(Ethiopia),or bring me Ethiopians' embassy,or

6/ get me relieved from the too bad,&  unnecessary,& or too torturous various medications(

unspeakabley since  early 1995),

7/ appoint to me a fair bilingual attorney in order to probe & release me immediately,or by

October 3,2018(my release date).

NOTICE:I cursed down &  fenced down for ever the complicated enticers  & polluters &

blind robberies & isolators & foolish sorcerers & stigmatics & 100% liars & too mindless

persecutors,& or mass  enders Italians & Swedens & Britains,& their tricked followers for

they try to  kill me too,& my love ones like they did to many world wide.  They chased me

from Africa(Kenya)  to Kansas,City,MO,& then to South Dakota,& then to MN,& then to

Seattle,WA,& then to Las Vegas,& then finally  to the most unfair & unjust San Diego,CA.

Then Californians  locked me up  for about 23 years for none sense set up crime,for

touching a lady namely Jennifer. Then many  faked Jennifers have been mistreating me in

order to cover the San Diego's liars  two  white police.

-NOTICE:Ethiopians agricultural university forced me out when I  was 2nd year student.

Then,I escaped to  Kenya(in August 1989). Then I passed  Canadians scholar ship,& T.O.E.F.L.

tests,& I was scheduled to fly to Canadians World  university(namely W.U.S.C.S. in

January 1992. Then secretly,&  openly  polluters,& mass cagers  Italians( who  speak my

native languages) kidnapped me to Kansas City,MO(by deceiving Ms.Dennis,U.S.embassy,

Sweden American,in Kenya,& also tricked Ms.Amanuala my Canadians doctor & or a

professor of professors.I came  to the U.S. on  September 14,1991.  Quickly various

evil people started to persecute me in Kansas City,MO.

12/13/2017

_____
(Date)

_____
(Signature of Plaintiff)

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11   BERIHU H. FKADU,                    Case No.:  3:17-cv-01358-WQH-BLM
     Patient #063295-0,
12                                        **ORDER:**
                              Plaintiff,
13                                        **1)  GRANTING MOTION TO**
           vs.                            **PROCEED IN FORMA PAUPERIS**
14                                        **[ECF No. 2]**
     SAN DIEGO POLICE; SAN DIEGO
15   POLICE CHIEFS; SAN DIEGO             **AND**
     MAYORS,
16                                        **2)  DISMISSING CIVIL ACTION**
                              Defendants. **FOR FAILING TO STATE A CLAIM**
17                                        **UPON WHICH RELIEF CAN BE**
                                          **GRANTED AND AS FRIVOLOUS**
18                                        **PURSUANT TO**
19                                        **28 U.S.C. § 1915(e)(2)(B)**
20

21

22

23         Berihu Fkadu ("Plaintiff"), proceeding pro se, and civilly detained at Atascadero

24   State Hospital ("ASH") in Atascadero, California, has filed this civil action pursuant to 42

25   U.S.C. § 1983. (ECF No. 1).

26         Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a); instead

27   he filed a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a)

28   (ECF No. 2).

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<24392644@cacd.uscourts.gov>Subject:Activity in Case 2:17-cv-07469-FMO-GJS
Fkadu v. Brown et al Notice of Reference to US Magistrate Judge (CV-25) - optional html form
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/17/2017 at 11:46 AM PDT and filed on 10/12/2017

| | |
|---|---|
| **Case Name:** | Fkadu v. Brown et al |
| **Case Number:** | 2:17-cv-07469-FMO-GJS |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**NOTICE OF ASSIGNMENT to District Judge Fernando M. Olguin and referred to Magistrate
Judge Gail J. Standish. (et)**

**2:17-cv-07469-FMO-GJS Notice has been electronically mailed to:**
**2:17-cv-07469-FMO-GJS Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Berihu Hadera Fkadu
AT 063295-0
Atascadero State Hospital ASH
PO Box 7001
Atasacadero CA 93423

2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CASE NUMBER:

BERIHU HADERA FKADU

PLAINTIFF(S)

2:17–cv–07469–FMO–GJS

v.

JERRY BROWN , et al.

DEFENDANT(S).

**NOTICE OF JUDGE ASSIGNMENT AND**
**REFERENCE TO A UNITED STATES**
**MAGISTRATE JUDGE**

This case has been assigned to the calendar of the Honorable ___Judge Fernando M. Olguin___U. S. District Judge, and referred to U. S. Magistrate Judge ___Gail J. Standish___, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that a trial is required, the Magistrate Judge shall prepare and file a report and recommendation regarding the disposition of this case, which may include proposed findings of fact, conclusions of law, and proposed written order or judgment, which shall be served on all parties. If the Magistrate Judge concludes that a trial is required, the Magistrate Judge shall so report to the District Judge.

Pursuant to Local Rule 5-4.1, all subsequent documents in this case must be filed electronically, unless exempted by Local Rule 5-4.2. Documents exempt from electronic filing pursuant to Local Rule 5-4.2(b), or presented by filer exempt from electronic filing pursuant to Local Rule 5-4.2(a), must be filed with the Clerk in paper at the following location:

Western Division
312 N. Spring Street, Rm. G–8
Los Angeles, CA 90012

Please note that, pursuant to Local Rule 83-2.5, all matters must be called to the judge's attention by appropriate application or motion filed in compliance with the Court's Local Rules. Parties are not permitted to write letters to the judge.

Local Rule 83-2.4 requires that the Court must be notified within five (5) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writting within five (5) days thereafter of your current address, the Court may dismiss the petition, with or without prejudice, for want of prosecution.

Clerk, U.S. District Court

__October 12, 2017__
Date

By __/s/ Estrella Tamayo__
Deputy Clerk

---

**NOTICE TO COUNSEL / PRO SE LITIGANT**

*The party who filed the case-initiating document in this case must serve a copy of this Notice*
*on all parties served with the case-initiating document.*

---

CV–25 (4/16)    NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE

Case: 2:17cv7469  Doc: 4

Berihu Hadera Fkadu AT063295-0
Atascadero State Hospital ASH
PO Box 7001
Atasacadero, CA 93423

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<24395399@cacd.uscourts.gov>Subject:Activity in Case 2:17-cv-07469-FMO-GJS
Fkadu v. Brown et al Order on Request re Filing Complaint Without Prepayment of Filing Fees or
Request to Proceed In Forma Pauperis (CV-93) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/17/2017 at 3:17 PM PDT and filed on 10/17/2017

| | |
|---|---|
| **Case Name:** | Fkadu v. Brown et al |
| **Case Number:** | 2:17-cv-07469-FMO-GJS |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/17/2017**

**Document Number:** 4

**Docket Text:**
**ORDER RE REQUEST TO PROCEED IN FORMA PAUPERIS by Judge Fernando M. Olguin
that the request to Proceed In Forma Pauperis [2] is hereby DENIED. IT IS RECOMMENDED
by Magistrate Judge Gail J. Standish for the following reasons: Inadequate showing of
indigency. Legally and/or factually patently frivolous. Failure to state a claim upon which relief
can be granted. To the extent that Plaintiff seeks release from custody and/or to challenge his
original conviction, his remedy lies in habeas, not civil rights. Plaintiff states under penalty of
perjury that he possesses over $4 billion in bank and property assets. The Complaint consists of
lurid and invective-filled garbled statements and sentence fragments that are conclusory, bereft
of facts, and substantially intelligible. The Complaint fails to state a cognizable federal claim
against the 99 defendants and appears to be frivolous, in substantial part if not wholly, within
the meaning of Denton v. Hernandez, 504 U.S. 25 (1992), and Neitzke v. Williams, 490 U.S. 319
(1989). IT IS FURTHER ORDERED that this case is hereby DISMISSED immediately. (MD
JS-6. Case Terminated.) (jp)**

**2:17-cv-07469-GJS Notice has been electronically mailed to:**
**2:17-cv-07469-FMO-GJS Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Berihu Hadera Fkadu
AT 063295-0
Atascadero State Hospital ASH ↑ P. O. BOX 7001, ATASCADERO, CA 93423.

| | FILED |
|---|---|
| | CLERK, U.S. DISTRICT COURT |
| | OCT 17 2017 |

UNITED STATES DISTRICT COURT    CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DISTRICT OF CALIFORNIA    BY:        vdr          DEPUTY

| BERIHU HADERA FKADU | CASE NUMBER |
|---|---|
| | CV 17-7469-FMO (GJS)    JS-6 |
| v.                              PLAINTIFF(S) | |
| JERRY BROWN, et al., | ORDER RE REQUEST TO PROCEED IN FORMA PAUPERIS |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                                    United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency          ☐ District Court lacks jurisdiction

☒ Legally and/or factually patently frivolous          ☐ Immunity as to _____

☒ Other: Failure to state a claim upon which relief can be granted. To the extent that Plaintiff seeks release

from custody and/or to challenge his original conviction, his remedy lies in habeas, not civil rights.

Comments:

Plaintiff states under penalty of perjury that he possesses over $4 billion in bank and property assets.
The Complaint consists of lurid and invective-filled garbled statements and sentence fragments that are
conclusory, bereft of facts, and substantially intelligible. The Complaint fails to state a cognizable federal claim
against the 99 defendants and appears to be frivolous, in substantial part if not wholly, within the meaning of
Denton v. Hernandez, 504 U.S. 25 (1992), and Neitzke v. Williams, 490 U.S. 319 (1989).

October 17, 2017          _____
Date                                    United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above). IT IS FURTHER ORDERED that:

☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

☒ This case is hereby DISMISSED immediately.

☐ This case is hereby REMANDED to state court.

October 17, 2017          /s/ Fernando M. Olguin
Date                                    United States District Judge

CV-73 (08/16)          ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*

11/7/2017
-To Donald J.Trump,U.S.president,The White House,
     Washington,DC 20500.
-Dear president,very,very  briefly,can you please consider to probe me &
release me or transfer me from the too dangerous ASH to another safer
facility or to Metro instantly?
-On 10/1/2017,I mailed 163 copies or 51 law suits papers(against ASH frauds),
& then112 attachments to Los Angeles,CA U.S. District Court. So can you
please consider to get the court fax to your office,& investigate,& relief
me immediately?
-NOTICE:I am a victim & witness of abuses by conspired too isolators &
starvers & evils & foolishes sorcerers & prejudices & polluters & 100% liars
&mass cagers San Diegans,& or Americans since Kansas City,MO,or since I
entered to the  U.S.A.(in 1991). Then too mindlessly chased me to
South Dakota,& then to Minnesota,& to Seattle,WA,& to Las Vegas,NV,& then
finally to the monsters & disfigurers & or notoriously massenders
San Diego,CA. Then they made me do none sense unintentional crime(by
hard set ups) on 12/31/1994. And then they started  to poison me or medicate
me heavily since early 1995. And California's too stigmatics & bizarrely
mass enders 2 conreps have been torturing me,& ganging & trying to kill me
since 1999.
As a result,I have various damages,etc...
And ASH people & San Diegans repeatedly failed to treat me right for the
damages.

Dear president,again can you please consider to get me relieved instantly?

Thank you very much for your time & considerations.

I eagerly await your reply.

Sincerely,

BERIHU H.FKADU(BHF.OR BHF.COM),ASH#063295-0,
P.O.Box 7001,unit 33,
Atascadero,CA 93423.


-NOTICE:Some U.S. frauds mainly San Diegans,& ASH,& NSH,& PSH's Sodom & Gomorrah,& or
CA's too divisives,& males prostitutes' ruinous electronic machines,& too mindless
poisons in  various ways have been unbearable. For they have been trying to make me
a handicap,& cage me too.

BHF.

-Date 11/22/2017.

-Again To ASH:          @
-ATTENTION:To ASH excutive  director,Stirling C.Price,&
           To ASH program 5 director,Britney Harris,&
           To ASH medical directors,&
           To ASH patients Rights advocates,&
   ─── X ─── To ASH unit 33 psych doctors,&  medical doctors,& R.T.,& S.W.,& R.N.s,& U.S.,&
           other employees,etc...
           P.O.Box 7001,Atascadero,CA 93423.

-Subject:very briefly,can you please consider to probe me & release me in fair justice?
This is my 3rd request. Or
2/ Can you transfer me to another safer facility, or to Metro, or
3/ to another state,like to Kansas City,MO,or to South Dakota,or to Las Vegas,NV,or
4/ deport me back home,to my country(Ethiopia). For at ASH  I am suffering,etc...by
too retaliators,& biasers,& stigmatics,& reproachers,& blind fakers,& 100% liars,
foolish sorcerers,& conspired polluters,& isolators,& starvers,& killers.
As aresult,I'll get damages,etc...
And no treatment at all at ASH for me.  Then gang of too unstables,& foolish former
death row inmates have been tempting me,& threatening to box me,& kill me again by
a lot of set ups,etc...

-Again please  save me from the too isolators,& prejudice ASH,& or help me,& I will help
you back.

-I appreciate for your time,& considerations.

-I eagerly wait for your response.


Sincerely,




B̶E̶ RIHU H.FKADU(BHF.or BHF.com),ASH#063295-0,unit 33.

-NOTICE:I am  a victim,& witness of abuses by too prejudices San Diego police's conspired
falsified,& exaggerated charges on 12/31/1994. This is when I was a new,or in my 4th date in CA.
One of 19 my former public defender namely Randy Mize who he is all in all too short too mind-
lessly ganged & deceived me & made me involuntary N.G.I. for touching a lady namely Jennifer.
However,no D.N.A. at all in CA since 1994. I have already healed my own diabetes,& allergies.
Moreover,I revealed I healed other too dangerously killer diseases,etc... But ASH,& San Diegans
have been bringing me the diseases back by various poisons,etc... I have been taking none
stoply the too torturously killers,& wrong medications unspeakabley since early 1995(mainly by
stigmatics,& 100% liars psych &  medical doctors).

                                    BHF.

-Date 11/11/2017.
-TO WHOM IT MAY PERTAINING:
-Very,very,briefly,can you please consider to probe me & release me
instantly? For I am a victim & witness of abuses by totally unfair &
unjust & or falsified & exaggerated charges on 12/31/1994,& then
devastating  extensions since 1/5/2003.

In other words,too mindless retaliators,open gays,& stigmatcs & lousies,&
loathsomes,&foolishes sorcerers,& prejudices,& 100 % liars & mass polluters
&  mass cagers & or world enders psych doctors,& their tricked,too evils
followers have been extending me,& attacking me indirectly by career
criminals(by set ups) by too mindlessly isolating me,& by polluting me,&
starving me  first. This is for being a peaceful,& apeace-maker,& a
peace-seeker,& or a genuine preacher,& conservative hetrosexual,& a
genuine Ethiopian politician.

-My God fearing,& mysterious healer parents have baptized me twice(in
Agame County,Ethiopia,& in San Diego,CA, U.S.A.) in order to be
righteous.

-NOTICE:The following parties have too mindlessly & repeatedly failed
to relief me or release me: ASH various directors,& doctors,&
NSH various directors,& doctors,& PSH various directors,& doctors,&
San Diego superior Courts judges,& San Diego appeal Courts judges,&
San Diego U.S.District Courts judges,& San Diego innocent project,&
New York innocent project,& San Diego ACLU,& Los Angeles ACLU,&
Los Angeles U.S.District Court judges,&
San Francisco supreme  Courts judges,& U.S.supreme Courts judges,&
U.S.department of  justice,&
San Diego pasts & current mayors,&CA's pasts & current govenors,&
U.S. pasts & current presidents.

-How ever,I have writ of Habeas Corpus petitions pending(since last
October) in San Francisco U.S.Courts of Appeals,for the 9th Circuit.


-Again can you please consider to probe me & release  me in fair justice
or deport me back home immediately? For I can not handle the U.S.'s
isolations,& or  persecutions unbelieveably since 1991,& or since Kansas City,MO,& then
South Dakota,& then Minnesota,& then Seattle,WA,& then Das vegas,NV. Or please
transfer me to nother state. People  come to California for vacations ended up in
probations. In other words,Californians are too mindlessly the meanests biasers,& or
persecutors to heros immigrants,& Blacks,& or Colors,etc...

Sincerely,

BERIHU H.FKADU(BHF.OR BHF.com),SS#=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,DOB=9/11/1967,
P.O.Box 7001,unit 33,
Atascadero,CA 93423.
ASH#=063295-0.

-Date 11/3/2013.

-Again to ASH
ATTENTION:To ASH exetcutive director,Stirling C. Price,&
       To ASH program 5 director,Britney Harris,&
       To ASH medical director, etc...
      P.O.Box 7001,Atascadero,CA93423.

-Subject:to probe me a thoroughly & release me or transfer me to another safer state
    hospital or to Metro immediately please.

-I first would like to mention that English is not my first nor second language. So
communication is hard some times.

-I respectfully request to transfer to another safer facility or to Metro for the
following reasons:
1/ I have loveones & or families that live close to Metro.
2/ I have been here at ASH since january 2013 & feel that I am not being treated fairly.
Because of the high doses of medications or poisons,I have physical damages,etc...
For examples:Because of the medications' side effects my stomach has swollen,& my legs
have swollen my eyes sight has deteriorated.
3/ There is also prejudices that I suffer by ASH both by staffs & by patients.
4/ The too mindless harassment by ASH by blaming treatment is unbearable.


Thank you very much for your time & consideration.

I eagerly await your reply.

Sincerely,

--------------------------------------------------------------------------------
- BERIHU H. FKADU,ASH#063295-0,unit 33,
P.O.Box 7001,
Atascadero,CA 93423

OCTOBER 19,2017.


1/ TO STIRLING C. PRICE, ASH'S EXECUTIVE DIRECTOR,&

2/ TO BRITNEY HARRIS, ASH PROGRAM 5's DIRECTOR,&

3/ ASH'S MEDICAL DIRECTOR,ETC....


P.O.BOX 7001,ATASCADERO,CA 93423.


VERY BRIEFLY,CAN YOU PLEASE CONSIDER TO HELP PROBE ME A THOROUGHLY & GET ME

RELEASED,OR TRANSFER ME FROM THE TOTALLY  UNFAIR ASH TO  ANOTHER SAFER FACILITY,OR

TO METRO  ASAP?

FOR MY RELEASE DATE HAS ALREADY PASSED ON JANUARY 5,2003. AND FOR I AM BADLY

SUFFERING,ETC...AT ASH BY THE MEDICATIONS  SIDE EFFECTS(since JANUARY 2013).


AS A RESULT,I HAVE VARIOUS DAMAGES,ETC... AND BECAUSE I  HAVE FAMILIES  &

BUSINESSES  IN LOS ANGELES,CA.


SINCERELY,& PRAYERFULLY,


BERIHU H.FKADU(BHF.OR  BHF.COM),

ASH# 063295-0, SS#  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,

P.O.BOX  7001, unit 33,

ATASCADERO,CA  93423.

11/18/2017=Winter Talent Show,

-Hope of Eternal Lives,& or Spiritual Poem:

-1/  I strongly believe in  eternal life,
in 1994,I am falsely accused by brandishing a knife.
-2/ Tomorrow is better than today & today is better than yesterday,
thank God for I am better & a new every day.
-3/ I love my neighbors as my self,& this is the Royal Law,
since love never fails,it is very significant to  know.
-4/ Because my precious faith,I am hopeful & optimistic,
but I fear blasphemers & hypocrites for they teach hopelessness & pessimistic.
-5/ Too stigmatics & retaliators made  me a sex offender,
mainly  by one of  19 biaser public defender.
-6/ My love ones baptized me twice inorder to  be righteous,
so I am a God fearing,& a mysteriously healer like my parents.
-7/ Theologists preach faith in God is the only meaningful,& satisfactory life

some times I am sad for I do not have a wife.
-8/ The only solution for global war fare is religion,
my first name is Berihu in English is John.
-9/ Beware of false prophets for they come to you in sheep's clothing,
but  in wardly they  are ravenous wolves.
-10/ The wage of sin is death,but  the gift of righteouness is eternal life,
I get extended by prejudices since 2003 while I am sane & safe.
-11/ I am a victim & witness of abuses by 100%  liars & polluters & killers,
so I cursed down & fenced down for ever all the persecutors.
-12/ I am exorcist & biblist&or evangelist & or spiritualist,
for I meditate & confess & pray daily &  fight the good fight.
-13/ People come to CA for vacation ended up in brobation,
I am a living witness while I have a beautiful Nation.
-14/ A man reaps what he sows is biblical & scientifical facts& cause & effects,
every one needs to meditate & imitate.
-15/ I am  ready to learn every day some thing new,
to solve the discriminations based on race & political view.
-16/ I am international scholar & with various skill
I can write & sing in various languages.
-17/ Long & short terms goals & coping  skills are necessary in ASH,
with out that or with out hope in God  life is trash.
-18/ To love God back is the most important commandmet,
in my country,I used  to score about 100% mainly in math & in sport.
-19/ If we do the ifs,we get the thens,
obedience to God can lead us to eternal promises.
-20/ Wrong doers will be repaid for their wrong doings without partiality,
I wholeheartedly love Christ & God the Almighty.
-21/ The God of peace will crush & flash satan under our feet shortly,
so the evil traitors & foolish  sorcerers will be eradicted quickly.

-22/ I can not wait to go back to my lovely Country, Ethiopia,
for I am exhausted by gangs of too mindless jerks & mafia.

HAPPY HOLIDAY!!!

BERIHU H.FKADU(BHF.or BHF.com),ASH#063295-0 unit 33

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Berihu Hadera Fkadu_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _ASH unit 33_ ,

_ASH #063295-0,_ Prison,

in the county of _San Luis Obispo_

State of California. My prison address is: _P.O.Box 7001,_

_Atascadero, CA 93423_ , _Case #2:17-CV-04658-FMO-GJS,_

On _October 1, 2017._

(DATE)

I served the attached: _5 1_ lawsuits papers(against ASH), & then _112_

_attchments_

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

U.S. District Court, 312 North Spring Street, Room G-8,
Los Angeles, CA 90012,
ATTENTION: PROSE CLERK

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _October 1, 2017._

(DATE)                                (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                                    ::ODMA\PCDOCS\WORDPERFECT\22837\1

-9-

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Berihu Hadera Fkadu_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _ASH, unit 33_

_____ Prison,

in the county of _San Luis Obispo_____

State of California. My prison address is: _P.O. Box 7001_____
Atascadero, CA 94103, ASH # _063295-0_____

On _9/12/2017_____
                                    (DATE)

I served the attached: _6 writ of habeas corpus X 2 & 78 attachments total= 9 O_

_____

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

To the Clerk of U.S. Court of Appeals, For the Ninth Circuit,
   95 Seventh Street, San Francisco, CA 94103,
   Docket # 17-71709.

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _9/12/2017_____          _____
                     (DATE)                         (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                           ::ODMA\PCDOCS\WORDPERFECT\22837\1

-9-

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _BERIHU HADERA FKADU_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _ASH unit 33_

_____Prison,

in the county of _San Luis Obispo,_____

State of California. My prison address is: _P.O.Box 7001,_____

_____Atascadero,CA 93423   ASH # 063295-0._____

On _11/11/2017._____
                              (DATE)

I served the attached: _One  petition & 9   attachments.& 3 proof of_

_services  of one copy  to San Diego Superior Court._
                         (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

    To Donald J. Trump, U.S. president,
       The White House,
       Washington,DC 20500.


I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _11/11/2017._                    _Berihu H. Fkadu_
              (DATE)                          (DECLARANT'S SIGNATURE)


Civ-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22837\1

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Berihu-Hadera Fkadu, , declare:

I am over 18 years of age and a party to this action. I am a resident of ASH unit 33

ASH # 063295-0 Prison,

in the county of San Luis Obispo,

State of California. My prison address is: P.O.Box 7001,

Atascadero,CA 93423.

On August 1,2017,
_____(DATE)_____

I served the attached: One paper petition &.84 attachments,total 85

_____(DESCRIBE DOCUMENT)_____

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

To San Diego,CA Superior Court judges,department # 11,
220 West Broad way,
San Diego,CA 92101 #(Case # = 109580)

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on September 1,2017.
_____(DATE)_____        (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                                ::ODMA\PCDOCS\WORDPERFECT\22832\1

RECEIVED on 09-24-2013.

S211931

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re BERIHU HADERA FKADU on Habeas Corpus.

The petition for writ of habeas corpus is denied. (See *In re Clark* (1993) 5 Cal.4th 750, 767-769; *People v. Duvall* (1995) 9 Cal.4th 464, 474; *In re Dixon* (1953) 41 Cal.2d 756, 759; *In re Swain* (1949) 34 Cal.2d 300, 304; *In re Miller* (1941) 17 Cal.2d 734, 735.)

- 6ths In re Muszalski (1975)
52 Cal. App. 3d 500
(125 Cal. Rptr. 286).

SUPREME COURT
FILED

SEP 18 2013

Frank A. McGuire Clerk

Deputy

CANTIL-SAKAUYE

*Chief Justice*

- Despite I released fools, & evils & cruel parent killers [by mistake] I have difficult time to release my self; while I am a 100 mo obedient peaceful & obedient Christian & international pure politician etc...

- NOTICE; very briefly, According to the Ready Defense Book [Written by Texas pastor namely Josh McDowell & two experts, pouch doctors] & various Holy Bibles; how old the abusurd polluter always that I have been taking (since early 1995) & exorcist & Bibilist & Spiritualist & evangelist like me go to return? They do not. So can you please consider getting for me beloved instantly BHF. [or BHF.com].

Received on 12-4-2013

S213435

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re BERIHU HADERA FKADU on Habeas Corpus.

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

NOV 2 6 2013

Frank A. McGuire Clerk

Deputy

CANTIL-SAKAUYE

*Chief Justice*

NOTICE: I am a victim & witness 2 abuses by two prejudices [San Diego, CA] whites policy's set ups false charges on 12-31-1994. And so I came to ASH for I heard ASH have lie detector tests, But ASH's police, & detectives, & doctors, & soc'al workers, & R.N.'s, & directors etc... repeatedly failed to protect me under oath, & lie detector, & release me, nor transfer me to another safer facility, or metro instantly, or deport back to Africa, or to Canada, Instead mal treatment & blind fakings & grave threats, etc... by 100% liars police, attorneys, doctors, nurses, P.T.'s.

MC-275

Name: Berihu H. Fkadu,ASH# 063295-0;unit 33,

Address: P.O.box 7001,

Atascadero,CA93423.

CDC or ID Number: _____

SUPREME COURT
FILED

APR 5 2017

Jorge Navarrete Clerk

_____
Deputy

To Frank A. McGuire,Clerk of California's Supreme Court,

350 McAllister St.,Room 1295,San Francisco,CA94102.

(Court)

| |
|---|
| Berihu H. Fkadu |
| Petitioner |
| vs. |
| Stirling Price,ASH's executive director. |
| Respondent |

PETITION FOR WRIT OF HABEAS CORPUS

# S 241094

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

APR 5 2017

SUPREME COURT
FILED

JUN 1 4 2017

Jorge Navarrete Clerk

Deputy

S241094

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re BERIHU HADERA FKADU on Habeas Corpus.

The petition for writ of habeas corpus is denied.   (See *People v. Duvall* (1995) 9 Cal.4th 464, 474 [a petition for writ of habeas corpus must include copies of reasonably available documentary evidence]; *In re Swain* (1949) 34 Cal.2d 300, 304 [a petition for writ of habeas corpus must allege sufficient facts with particularity].)

**CANTIL-SAKAUYE**

*Chief Justice*

— Received on 9/19/2017.

SUPREME COURT
FILED

SEP 13 2017

Jorge Navarrete Clerk

_____
Deputy

S243095

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re BERIHU HADERA FKADU on Habeas Corpus.

The petition for writ of habeas corpus is denied.

— CHIEF JUSTICE CANTIL—SAKAUYE TOO MINDLESSLY, &
REPEATEDLY FAILED TO STOP THE CONSPIRED KILLER
MEDICATIONS OR 100% POISONS SINCE EARLY 1995,
AS A RESULT, ① MY 2 LEGS ARE SWELLED, & ② MY
BELLY SWELLED, & ③ MADE ME BLIND, & ④ MADE ME FAT,
& ⑤ MADE ME STUPID, & ⑥ HOSTAGED ME OR HOLD ME
FOR SET UP NONE SENSE CRIME IN 1994, & ⑦
DISFIGURED ME, & ⑧ CONSTIPATIONS OR B.M. PROBLEMS, & ⑨
URINE PROBLEMS, & ⑩ J FEAR DIABETES, & CANCER, &
PARKINSONS' DISEASE, ETC... J WAS VERY ATHLETIC.
— SO CAN YOU PLEASE CONSIDER TO INSTANTLY STOP THE ABUSES.
The few males prostitutes & mads harassers &
too foolishes sorcerens & their deceived followers
Swedens or flies & too stigmatics & children
molesters & mass twisters & 100% liars try to
end us or end the world by setups (by complicated
secrets' tricks) in order to steal & rob by poisoning
& raping & caging innocent heros by being trashes &
divisives. Swedens kidnapped me & or persecuted me
since 1991 (since Africa). J was about to fly to peaceful
Canadians' world university (W.U.S.C.S.)
on 01/01/1992.

CANTIL-SAKAUYE
_____
*Chief Justice*

12/7/2017


INITIAT JUSTICE
P.O.BOX4962
OAKLAND,CA94605.

-Dear sirs  & or madams,very briefly,can you please consider to probe & get me  released
in fair justice?___
-1/For I am a victim  & witness of abuses by two whites of  San Diego police's falsified,
exaggerated charges on 12/31/1994. More over,
-2/ I am involuntary  hospitalized( in state pchiatric hospital)  too erroneously since
early 1996. In other words,one of 18 my former Courts'  appointed  too  corruptive& traitor
public defender too mindlessly deceived me knowingly to take  N.G.I. deal. He told me,
"if you take N.G.I. deal,I am 90% sure you will go to  Patton hospital only for 6 months,
& get released."
-3/ I have been taking high doses,& unnecessary,& too harmful medications  unspeakabley
since early 1995.

-4/As aresult,I have various permanent physical damages by the conspired poisons.
-5/The damages have been worsening.
-6/This is while I am safe & sane,& or genuine Christian,& or genuine preacher. Or I have
the Almighty God's Holy Spirit. In other words,I am unheard & unseen & untold known a fixer
& or a mysterious healer like my parents.
-7/My first release date has passed on 01/05/2003.
-8/ My new release date is on 10/03/2018. The too bizarre doctors called me a brilliant.
And I know I am.But they have been biasing,& or violating my legal rights.
-9/ In short,the too evil  politicians,& or States,& or Nationals,etc...administrations
& too mindlessly corruptive,& their various violators directors,& doctors,etc..
have been the ugliest conspired starvers,& isolators,& polluters,& biasers,&
obstructos,& or killers. However,
-10/ I am anointed Demo-cratic,& Theo-cratic PM of the Ethiopians. For I tried
& or anointed some but failed. For they became foolish sorcerers,& trash
dictators,& I cursed,& fenced them down,& then fired them. And then too hard
to find justful & or lawful & or loveful,& or peaceful & peace-maker &
peace-seeker like me.
-"You shall know the truth,& the truth shall set you free!!!"
-"The wage of sin is death,but the gift of righteousness is eternal life!!!"
-"A person reaps what he/she sows is Biblical,& Scientifical facts,& or
cause & effect!!!"
-11/ Dear sirs & or madams,again can you please investigate a thoroughly my
unusual set up case,& get me released infair justice,or
-12/ help me sue the conspired wrong  doers,& I will help you back,or get me
released by any CA's  Conrep ASAP?_____

My friend gave me your address.

I appreciate for your time,& considerations.
I am eagerly waiting for your response.
Sincerely,

BERIHU H.FKADU(BHF. OR BHF.COM),SS#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,DOB 09/11/1967,ASH# 063295-0,
P.O.Box 7001,unit 33,
Atascadero,CA 93423,
Phone#s 805-468-3446,& or 805-468-3160,& or 805-461-9712.

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, BERIHU HADERA FKADU _____, declare:

I am over 18 years of age and a party to this action. I am a resident of ASH _____

_____Prison,

in the county of San Luis Obispo _____,

State of California. My prison address is: P.O.Box 7001, unit 33,Atascadero,CA 93423. _____,

Case # 2:17-cv-07469-FMO-GJS.

On 12/13/2017 _____,

(DATE)

I served the attached: I sued Donald J. Trump's administrations,etc... 81 copies,& 18

attachments.

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

U.S. District Court,Central District of CA,
312 North Spring Street,Room G-8,
Llos Angeles,CA 90012.
ATTEBTION:PRO SE CLERK

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on 12/13/2017 _____

(DATE)          (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1



NEOPOST
12/15/2017
US POSTAGE $006.65
ZIP 93422
041M11276315



BERIHU  HADERA FKADU,
ASN#663295-0,
P.O.Box 7001,unit 33,
ATASCADERO,CA 93423.

U.S.District Court,
Office of the Clerk,
U.S.Courthouse,Room G8,
Los Angeles,CA 90012.

-LEGAL MAIL.